**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**RAMISH GOKOOL**
**LIAH GOKOOL**
**ANJELO GOKOOL**
**HAMISH GOKOOL**
**NATALA GOKOOL STEIN**

**FRANCIS CORONADO**
**DANIEL GOMEZ**
**ROSALINDA GUILLEN**
**JOSE ALBERT RAMIREZ**

**KEITH FAULKS**

**RICHARD JOHNSON**
**TERESA ABNEY**
**JANELL DEVORE**
**DIANE A. GOLDEN**

**ANDRE ADAMS**
**RICHARD ADAMS**

**VICTORIA L. BROWNE**
**ANTHONY Q JONES**

**LORRIA ADYELOTT**
**SHAKEIRA ADYELOTT**

**KEITH ALLEN**
**GLEN ALLEN**
**SEAN ALLEN**
**DONALD E. ALLEN**
**SHARON R. ALLEN**

**JULIANNA TURNER**
**BRUCE TURNER**
**ERIKA KAY**

**LYDIA BANKS**
**FREDDIE LEE MITCHELL, JR.**
**PATRICIA HORTON**
**EBONY BUTLER**

**CIVIL ACTION NO. 1:25-cv-1809**

1

**KHALILAH FOREMAN MUHAMMAD**
**CASSANDRA MUHAMMAD**

**KEVIN BENOIT**
**CHANDRA BENOIT**
**KYRA BENOIT**
**CHAMARI MITCHELL**
**FRANC CHAPMAN**

**DAMIAN BETHEL**
**INDIA COMPASSION BETHEL**
**BRITTANY BELL**
**TERRANCE COLLIER**
**COLLEEN BETHEL**

**LARRY BLOODSAW**
**DENISE BLOODSAW**
**CHARMEL BLOODSAW**
**LAURA WAFER**
**PATRICIA WAFER**
**EMILY BLOODSAW**
**TERESA BENNETT**

**DARYL BOWE**
**GREGORY BOWE**
**ERIC ERVIN**
**CYNTHIA ERVIN**
**CARL ERVIN**

**JEFFERY BROWN**
**ALYSON EARLEY**
**KRYSTIN SANDERS**
**KORBIN THOMPSON**
**THOMAS J. BROWN**
**BESSIE BROWN**
**DONAVIN M. CEASOR**
**VIRGINIA BROWN**

**JOHN BUCKLEY JR.**
**KELLY BUCKLEY**
**GREG CARLSON**

**DAMIAN CAMPBELL**
**JESSIE LESLIE JR.**
**QUNISHA LYTCH**

**MALAYSIA MCKNIGHT**
**JANICE LESLIE**

**ERVIN CARTER**
**RONALD CARTER**
**TERENSKI CARTER**

**BRUCE CLARK**
**BRIANNA CLARK**
**TONYA D'ANDREA**
**JENNIFER TAYLOR**
**BRUCE CLARK II**
**DEBORAH CLARK**

**CHAD CLEARY**
**PATRICK CLEARY**
**COURTNEY CLEARY RANTA**

**MARLON COOK**

**MARY FLEMING**
**STACEY CROWE**

**SUZAN CZOSCHKE**
**MARY KEREM**
**SEAN PEARCE**
**TARA CZOSCHKE**
**SERIFE LOGUE**

**JOHN JAMES DEANGELIS**
**DANIEL DEANGELIS**
**LYDIA DEANGELIS**
**JOHN MICHAEL DEANGELIS**
**KATHLEEN DEANGELIS**
**MELISSA DEANGELIS**
**JOHN WARREN DEANGELIS**
**LISA DEANGELIS**

**BILLYDON DEMPSEY**
**CHADWICK LLOYD DEMPSEY**
**LINDA SUE BUNDY**
**MELISSA SUE LEWIS**

**TERRY DUFF, SR.**
**KIMBERLEY DUFF**

**LESHA FELTNER**
**LINDA LEPLEY FELTNER**
**TYE FELTNER**

**DYON FOSTER**
**BRENNAN FOSTER**
**KAREN LANDEFELD**
**MELLESON FOSTER-BANGS**

**EREKA FREEMAN**

**JAIME GONZALEZ**
**LIGAYA PANGILINAN**

**ALEXIS HADDOCK**
**GABRIELLA HADDOCK-COTTO**
**ALEXIS HADDOCK-COTTO**
**ARELYS COTTO-HADDOCK**

**AZRIELE HARRIS**
**BERNARD HARRIS**
**BRENDA CLOQUITT**
**TIFFANY ODUM**

**JASON HAYES**
**ROXANNE HAYES**
**JEAN HAYES**
**STEPHEN HAYES**
**LAUREN HAYES**

**MICHAEL HAYES**
**KEVIN HAYES**
**VENSON HAYES**
**PORSHIA COVINGTON**
**MICKEYA HAYES**
**BEVERLY HAYES**
**APRIL HAYES**
**MICHAEL HAYES JR**
**TAWANDA MADISON-WHITE**

**ANTHONY HAYWOOD**
**HELEN HAYWOOD**
**MATRISE HAYWOOD**
**YOLANDA HAYWOOD**

4

**JOHN HENDERSON**
**WESLEY HENDERSON**
**JASON HENDERSON**
**CARIN HENDERSON**
**REXFORD HENDERSON**
**KAREN BACHHUBER**

**TODD HODGES**

**PAMELA JACOBSEN**
**BARRY JACOBSEN**
**AMANDA DAVIS**
**ASHLEY JACOBSEN**
**PAMELA JACOBSEN AS ADMINISTRATRIX OF THE**
**ESTATE OF FREDDIE GALLAGHER**

**CLARENCE JACKSON**
**ETHEL BOBBIE JACKSON**
**NICOLE  JACKSON-TRULL**
**CAROL ROSS**

**CARLOS JONES**

**DAREN JONES**
**DIANA H. JONES**
**DAREMONI JONES**
**JASMINE HARVEY**
**CEDRIC GREEN**
**JUSTIN MAJETTE**

**JARED JONES**

**GARRY SCOTT KEVWITCH**
**GARRY KEVWITCH, SR.**
**LOUANNE KEVWITCH**
**JENICA KEVWITCH**
**ASHLEE TAYLOR BEGROWICZ**
**KIMBERLY BLANKENSHIP**
**JONATHAN KEVWITCH**
**JEAN KLIEN**

**GEORGE KOHN**

**JENNIFER KUDRIK**
**ROBERT WALLIS**

**JULIA WALLIS**
**LAURA CARTER**
**HOLLY TANDY**

**SANDRA LIDE**
**BRIAHNA LIDE**
**CALISTA LIDE**
**YVONNE LIDE**
**MYLES LIDE**

**JENNIFER ERIN LONG**
**LEHA LONG**

**ANDREA LOPEZ**
**DANIEL HALVERSON**

**NICOLE LOZANO**
**PABLO PINO LOZANO**
**DOLORES LOZANO**
**SELICIA SEAL**

**KYMY SIMPSON**
**TATANISHA BING**
**ERRIN LLOYD**
**TAMIKA LLOYD**
**SHARON MACK**
**PRESCILLA SMITH**
**AVERY WILLIAMS**

**SCOTT MCADAMS**

**KENYA MCCARTER**
**BERNISTINE MCCARTER**
**ENA COWARD**

**DAMIEN MILLS**
**DELVANIA MILLS**

**BRYANNA MITCHELL**
**EIREAL MITCHELL**
**BRYAN MITCHELL, JR.**
**DOROTHY MITCHELL**
**ALLEN MITCHELL**
**ERIC MITCHELL**

6

**TONY MITCHELL**
**TREBA DISMUKE**

**RUSTIN GALINDO**

**ROGINA MORGAN**
**AARON MORGAN, JR.**
**AARIANA MORGAN**
**ELIZABETH SANDERS**
**DELORIS MORGAN**
**ALISHA JEFFERSON**
**ARRAS MARTIN**
**ISSAC MORGAN**
**JASON MORGAN**
**MARCUS MORGAN**
**ANTHONY SANDERS**
**ERICA SANDERS**
**LARRY SANDERS**
**RHONDA SANDERS-JEFFRIES**

**JOHNATHAN WILLIAM BAKER**
**GAE LAUREN SCHELL**
**LION O'NEIL**
**FORDNANETTE O'NEIL-BENODIN**
**HERMIENE O'NEILL-WILLIAMS**
**JAGUA O'NEIL**
**DARREL TOLES**

**LAMAR O'NEIL**

**ROBERT OVERTURF**
**MORGAN OVERTUF**
**DENICE OVERTURF**
**YASIEN OMRAN**

**CHARITY BURNETT**
**BARBARA WILLIAMS**

**SILAS SHACKELFORD**
**BERNITA FOUNTAIN**
**WILLIE EVA PAYNE**
**CANDRAS SHACKELFORD**
**PHILLIP COLLINS III**

**DANNY PHELPS**
**TIMOTHY J. PHELPS**
**DANNY PHELPS, SR.**
**SANDRA PHELPS**
**MARY REBEKAH SCHEUSNER**
**DEANNA SIMANOWITZ**

**BRYAN PHILLIPS**
**MIKAL JOSEPH PHILLIPS**
**JOSEPH PHILLIPS**
**ELIZABETH PHILLIPS**
**STACEE PHILLIPS**

**AMAURY PONCIANO**
**URSULA COLON**

**GREGORY POWE**
**SABRIE POWE**
**LORETHA POWE**
**CURTIS CLARK**
**GWENDOLYN CLARK**
**GARY POWE**

**MARION PRESBERY**

**NICHEALL PROCTOR**

**SHAWN PUTMAN**
**JENNIFER HOLLAND**
**CHERYL WILKINS**

**CHRIS REGAL**

**TARA REGAL**
**JENNIFER CARTER**

**SHAVAR REYNOLDS, JR.**
**KEEJAH HOWARD**
**SHERELL REYNOLDS**

**LAMARICE RILEY**
**DOMINICK RILEY**
**LINNEA DRUMMOND**
**MABEL RILEY-BELTON**
**MICHAEL RILEY**

**YOLANDA RILEY**

**LONNIE RUSSELL**

**EBEN SANCHEZ ZUNIGA**
**DIEGO ZUNIGA**
**RICCARDO SANCHDONADO**
**ELIZABETH ZUNIGA**
**ELIZABETH SANCHEZ**

**DAVID SANDERS**

**DAVID SCHMALZ**
**ELIOT SCHMALZ**
**MARK SCHMALZ**
**CAROLYN STEINDORFF**
**MEGAN DUHAIME**
**KARA SCHMALZ**
**ROBERT STEINDORFF**

**MICHAEL SIMMONS**
**FRANK B. SIMMONS, III**
**ANGEL SIMMONS AND MICHAEL SIMMONS AS**
**PERSONAL REPRESENTATIVES OF THE ESTATE OF FRANK B. SIMMONS,**
**JR.**
**CHRISTANNA SIMMONS**

**ISADORE SIMS SR.**
**BETTY SIMS**
**TCHNERVIA SIMS JENKINS**

**JASON SMALL**
**STELLA GOODSON**
**EARL GOODSON**

**LAURA STEWART**
**CLARENCE BROOKS**
**SYRIETA GRIFFIN**
**ICEY PEARL MCKINNON**
**KATRINA AGEE**
**WANDA BROOKS**
**DEBRA KING**
**MARY PLAYER**

**SEAN SYLVESTER**

**SHERWIN BAXTER**
**GLENDORA BAXTER**
**MICHELLE SYLVESTER**

**RASIRYJAH NEAL**
**TAWASI NEAL**

**LORETTA TAYLOR-FERRETTI**
**MICHAEL TAYLOR**
**CHRISTOPHER FERETTI**
**JUANITA TAYLOR**
**MICHELLE POND**

**JOHN THOMPSON**
**JAMES THOMPSON**
**LAURYN PAINTER**
**HEIDI THOMPSON**

**ALBERT TRAPANI**
**TOM TRAPANI**
**JOSEPH TRAPANI**
**RACHEL ATKINSON**

**JOHN S. TYSON**
**KHIYAH ROULHAC**
**MONIQUE TYSON**
**TKIYAH TYSON**
**JOHN HENRY TYSON**
**SHERRY HORNE**

**JASON VAN FOEKEN**
**TREVOR VAN FOEKEN**
**SHARON VAN FOEKEN**

**HARVEY NOE**
**KRISTIN BOETTCHER**
**MICHELLE KALKOWSKI**
**SONIA LARSON**
**JUSTIN PALARINO**
**KRISTIN BOETTCHER**

**ANDREW VOYER**
**ANGELA COX**

**PATRICK WATSON**

10

**DEBORAH ALEXANDER**
**PATRICIA ANN WATSON-SMITH**
**PATRICH BATTON**
**BRENT WATSON**

**BRIAN WEST**

**STEVEN B. WINGATE**
**CHERYL MCQUINSTON**
**SHANDRA JACKSON**
**JOSEPH WINGATE**

**ADAM WISHART**

**JEREMIAH WRIGHT**
**KELLY VINCENT**

**JERRY SANTIAGO WRIGHT**
**JEFREY ANDRES WRIGHT**
**WILBUR WRIGHT**
**SANDRA WRIGHT**

**JOSEPH MERCER ZIDE**
**AUBREY CHRISTINA ZIDE**
**CHRISTINA KAY ZIDE**

ALL PLAINTIFFS C/O:
THE CARLSON LAW FIRM
100 EAST CENTRAL TEXAS EXPRESSWAY
KILLEEN, TX 76541

*Plaintiffs*


**v.**


**THE ISLAMIC REPUBLIC OF IRAN,**
*Defendant*

11

## PLAINTIFFS' COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs, by and through their undersigned counsel, seek judgement against Defendant, the Islamic Republic of Iran ("**Iran**"), pursuant to the Foreign Sovereign Immunities Act (FSIA), 28 U.S.C. § 1605A. For cause of action, Plaintiffs show the Court as follows.

## I.
## PARTIES & NATURE OF THE ACTION

**1.1**     Ten (10) named Plaintiffs (hereinafter the "**Surviving Family-Plaintiffs**") are immediate family members of a United States Navy Sailor who died as a result of the October 12, 2000 USS Cole terrorist attack in the Port of Aden, Yemen. The Surviving Family-Plaintiffs all suffered significant emotional trauma as a result of their tragic loss.

**1.2**     Fifty-nine (59) named Plaintiffs (hereinafter the "**Navy-Plaintiffs**") are former United States Navy Sailors who were stationed aboard the USS Cole during the October 12, 2000 bombing of the ship. The Navy-Plaintiffs survived the bombing; however, they all suffered severe physical injuries and/or emotional trauma because of the terrorist attack.

**1.3**     Lastly, Three Hundred and Three (303) named Plaintiffs (hereinafter the "**Immediate Family-Plaintiffs**") are certain members of the Navy-Plaintiffs' immediate family or immediate family members of other former United States Navy Sailors who were stationed aboard the USS Cole during the October 12, 2000 bombing of the ship who maintain a long-standing personal relationship with that Navy-Plaintiff or other USS Cole sailor. Due to this close relationship, these Plaintiffs also experienced significant emotional trauma following the USS Cole attack.

**1.4**    Defendant Iran is a foreign state under § 28 U.S.C. §§ 1603(a) and 1605A.

**1.5**    In *Flanagan v. Islamic Republic of Iran*, 87 F. Supp. 3d 93, 116–117 (D.D.C. 2015) (Judge Contreras), this Court found that Iran provided longstanding material support, including financing and extensive technical training, to the terrorist organization Al-Qaeda and its infamous founder, Osama Bin Laden. In turn, Al-Qaeda planned and executed the USS Cole bombing. *Id.* at 117. For example, before the Cole bombing, Iran was "directly involved in establishing Al-Qaeda's Yemen network and supported training and logistics for Al-Qaeda in the Gulf region." *Id*. Thus, pursuant to 28 U.S.C. § 1605A(c), this Court held Iran liable for the damages suffered by the family of a USS Cole sailor tragically killed in the attack. *Id.* at 116–117.

**1.6**    Like *Flanagan*, Plaintiffs' individual damages collectively arise from Al-Qaeda's extrajudicial killing and attempted extrajudicial killing of American sailors stationed on or near the USS Cole. Accordingly, Plaintiffs hereby file suit against Defendant Iran, as a state sponsor of terrorism under 28 U.S.C. § 1605A(c), for providing material support to Al-Qaeda and playing an instrumental role in the organization's successful execution of the USS Cole attack.

## II.
## STANDING, JURISDICTION, AND VENUE

**2.1**    Plaintiffs are all United States citizens and have standing to bring this FSIA action under 28 U.S.C. § 1605A(a)(2)(A)(ii)(I). *See Flanagan,* 87 F. Supp. 3d at 112–113.

**2.2**    Plaintiffs seek money damages for death and personal injuries caused by Iran's provision of significant material support and resources to Al-Qaeda. This support allowed Al-

Qaeda to execute acts of extrajudicial killing during the USS Cole bombing.  17 sailors on the U.S.S. Cole tragically lost their lives on October 12, 2000 due to the  Thus, pursuant to the FSIA, 28 U.S.C. § 1605A, and related statutes; including the Torture Victims Protection Act of 1991, Pub. L. No. 102–256, §3(a), 106 Stat. 73,73 (1992), 28 U.S.C. § 1605A(h)(7), and 28 U.S.C. § 1605A(h)(3) (citing 18 U.S.C. § 2339A(b)(1)); Defendant is subject to suit in the courts of the United States and this Court may assert jurisdiction over the subject matter of this Complaint. *See Flanagan,* 87 F. Supp. 3d at 113.

2.3    Lastly, Iran is a foreign state within the meaning of 28 U.S.C. § 1391(f). Since **January 19, 1984**, the United States has designated Iran as a state sponsor of terrorism pursuant to Section 6(j) of the Export Administration Act of 1979 (50 U.S.C. App. § 2405(j)), Section 40 of the Arms Export Control Act (22 U.S.C. § 2870), and Section 620A of the Foreign Assistance Act of 1961 (22 U.S.C. § 2371). *See State Sponsors of Terrorism*, U.S. DEPT. OF STATE, *available at* https://www.state.gov/state-sponsors-of-terrorism/ (emphasis added).

2.4    Because Iran was designated a state sponsor of terrorism both at the time of the October 12, 2000 USS Cole attack and at the time this FSIA Complaint was filed, the Court must exercise its subject matter jurisdiction and hear this claim under 28 U.S.C. § 1605A(a)(2)(A)(i)(I). *See Doe v. Democratic People's Republic of Korea Ministry of Foreign Affairs Jungsong-Dong*, 414 F. Supp. 3d 109, 123 (D.D.C. 2019) (concluding that when an FSIA Plaintiff satisfies § 1605A(a)(2), "[n]ot only does the Court have subject matter jurisdiction, it must exercise that jurisdiction").

2.5    Plaintiffs respectfully request that this Court take judicial notice of the findings and evidence in *Flanagan*, *Taitt*, and *Gunn*, which demonstrate that Iran's material support for terrorism caused the October 12, 2000 terrorist attack on the USS Cole. *Flanagan v. Islamic*

14

*Republic of Iran*, 87 F. Supp. 3d 93 (D.D.C. 2015) (Judge Contreras), *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras); and *Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (Judge Contreras).

 **2.6** The Court may exercise personal jurisdiction over Iran upon:

> sending a copy of the summons and complaint and a notice of suit, together with a translation of each info the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned.

28 U.S.C. § 1608(a)(3); *Republic of Sudan v. Harrison*, 139 S. Ct. 1048, 1054 (2019).

 Defendant Iran may therefore be properly served under the FSIA at the offices of their respective head of the ministry of foreign affairs:

**The Islamic Republic of Iran**
The Ministry of Foreign Affairs
Attn: Mohammad Javad Zarif
Khomeini Avenue
United Nations Street
Tehran, Iran

 **2.7** In the alternative, if service cannot be made within 30 days under 28 U.S.C. § 1608(a)(3), service may be perfected under 28 U.S.C. § 1608(a)(4). *Estate of Hirshfeld v. Islamic Republic of Iran*, No. CV 15-1082 (CKK), 2017 WL 361062, at *2 (D.D.C. Jan. 25, 2017) (Kollar-Kotelly, J.); *see also Flanagan*, 87 F. Supp. 3d at 114 (noting that service via § 1608(a)(4) was necessary because the U.S. does not maintain diplomatic relations with Iran).

 **2.8** Venue is proper in this Court pursuant to 28 U.S.C. § 1391(f)(4).

# III.
## THE SURVIVING FAMILY-PLAINTIFFS

The following Plaintiffs are immediate family members of Navy Sailors who tragically died as a result of the October 12, 2000 USS Cole terrorist attack.

### A.    The Late Johann Gokool Family

**3.1**    Johann Gokool was a United States citizen and was stationed aboard the USS Cole at the time of the attack.  Prior to the bombing, Gokool was waiting in line to eat lunch on the mess deck.  The explosion blew a hole in the floor below him and threw Gokool down three decks.  The blast mangled his left ankle and resulted in multiple complex fractures in his left leg.  His right leg was also severely damaged from the fall.  Gokool lost consciousness from the pain and awoke to water surrounding him where he lay on an engineering deck.  In the wake of the attack, Gokool climbed four stories up a ladder using only his arms – the climb took 30 minutes.  Gokool was evacuated and his lowered left leg was amputated.  He received a 100% VA rating for PTSD I addition to the physical injuries to his legs.  Accompanying the PTSD were persistent, routine panic attacks sand seizures.  Gokool eventually lost his life during a particularly violent panic attack.  Per his death certificate, Johann Gokool died on December 23, 2009 as a result of "Delayed complications of blast injuries."  The death certificate further lists his date of injury as October 12, 2000 and notes the injury that caused his death was sustained "Aboard U.S.S. Cole."

**3.2**    Ramish Gokool is a United States citizen and currently resides in the state of Florida. Ramish Gokool is Johann Gokool's father.  Because of the USS Cole attack and Johann Gokool's untimely death, Ramish Gokool has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

16

**3.3**     Liah Gokool is a United States citizen and currently resides in the state of Florida. Liah Gokool is Johann Gokool's mother.  Because of the USS Cole attack and Johann Gokool's untimely death, Liah Gokool has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**3.4**     Anjelo Gokool is a United States citizen and currently resides in the state of Florida. Anjelo Gokool is Johann Gokool's brother.  Because of the USS Cole attack and Johann Gokool's untimely death, Anjelo Gokool has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**3.5**     Hamish Gokool is a United States citizen and currently resides in the state of Florida. Hamish Gokool is Johann Gokool's brother.  Because of the USS Cole attack and Johann Gokool's untimely death, Hamish Gokool has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**3.6**     Natala Gokool Stein is a United States citizen and currently resides in the state of Florida. Natala Gokool Stein is Johann Gokool's sister.  Because of the USS Cole attack and Johann Gokool's untimely death, Natala Gokool Stein has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**B.     The Late Timothy Gauna Family**

**3.7**     Information Systems Technician Seaman Timothy Lee Gauna, a U.S. citizen from Rice, Texas, served in the U.S. Navy and was tragically killed during the USS Cole attack.

**3.8**     Plaintiff Francis Coronado is a United States citizen and currently resides in the State of Texas.  Francis Coronado is Timothy Gauna's sister.  Because of Timothy Gauna's untimely death, Francis Coronado suffers from mental anguish, bereavement, grief, and loss of society and comfort.

17

**3.9**       Plaintiff Daniel Gomez is a United States citizen and currently resides in the State of Texas.  Daniel Gomez is Timothy Gauna's brother.  Because of Timothy Gauna's untimely death, Daniel Gomez suffers from mental anguish, bereavement, grief, and loss of society and comfort.

**3.10**      Plaintiff Rosalinda Guillen is a United States citizen and currently resides in the State of Texas.  Rosalinda Guillen is Timothy Gauna's sister.  Because of Timothy Gauna's untimely death, Rosalinda Guillen suffers from mental anguish, bereavement, grief, and loss of society and comfort.

**3.11**      Plaintiff Jose Albert Ramirez is a United States citizen and currently resides in the State of Texas.  Jose Albert Ramirez is Timothy Gauna's brother.  Because of Timothy Gauna's untimely death, Jose Albert Ramirez suffers from mental anguish, bereavement, grief, and loss of society and comfort.

### C.     The Late Cherone Gunn Family

**3.12**      Signalman Seaman Recruit Cherone L. Gunn, a U.S. citizen from Rex, Georgia, served in the U.S. Navy and was tragically killed during the USS Cole attack.

**3.13**      Plaintiff Keith Faulks is a United States citizen and currently resides in the State of Virginia. Keith Faulks is the brother of Cherone L. Gunn.  Because of Cherone Gunn's untimely death, Keith Faulks suffers from mental anguish, bereavement, grief, and loss of society and comfort.

18

# IV.

## THE NAVY-PLAINTIFFS & IMMEDIATE FAMILY-PLAINTIFFS

The following Plaintiffs are former U.S. Navy Sailors who survived the October 12, 2000 USS Cole attack and certain members of their immediate family.

### A.    The Paul Abney Family

**4.1**    Paul Abney was a Plaintiff in *Gunn*. *Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (Judge Contreras).  Abney served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Abney was in the mess hall about twenty (20) feet away from the blast site. After the explosion, the sailor sitting across from Abney was thrown violently over Abney's head and died. Additionally, Abney suffered shrapnel wounds above his eye. Because of these specific memories and the overall trauma he experienced during the Cole attack, Abney currently suffers from PTSD. He is rated 40% disabled by the VA.

**4.2**    Plaintiff Teresa Abney is a United States citizen and currently resides in the state of Virginia. Teresa Abney and Paul Abney were married at the time of the USS Cole attack. They are currently divorced but because of the USS Cole attack but because of the USS Cole attack and Paul Abney's subsequent injuries, Teresa Abney has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.3**    Plaintiff Janell Devore is a United States citizen and currently resides in the state of Florida. Janell Devore is Paul Abney's sister.  Because of the USS Cole attack and Paul Abney's subsequent injuries, Janell Devore has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.4**    Plaintiff Diane Golden is a United States citizen and currently resides in the state of Florida. Diane Golden is Paul Abney's sister.  Because of the USS Cole attack and Paul Abney's subsequent injuries, Diane Golden has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.5**    Plaintiff Richard Johnson is a United States citizen and currently resides in the state of Florida. Richard Johnson is Paul Abney's brother.  Because of the USS Cole attack and Paul Abney's subsequent injuries, Richard Johnson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**B.    The Andre Adams Family**

**4.6**    Plaintiff Andre Adams is a United States citizen and currently resides in the state of Florida.  Adams served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Adams was working out with Kevin Benoit and Kenya McCarter before lunch.  The blast jolted Adams and the room went completely dark.  As he picked himself up, he waded through a sea of smoke.  He helped pull other sailors from the ocean and triage the wounded.  Later, he stood armed watched for approximately a day and a half – he was one of the last sailors to leave the ship. He was awarded a Navy and Marine Corps Achievement Medal for his efforts after the attack.  Adams suffers from PTSD and back injuries and is rated 60% disabled by the VA.

**4.7**    Plaintiff Richard Adams is a United States citizen and currently resides in the state of Ohio. Richard Adams is Andre Adams' father.  Because of the USS Cole attack and Andre Adams' subsequent injuries, Richard Adams has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

C.    **The Dontae Adyelott Family**

**4.8**    Dontae Adyelott is a United States citizen and currently resides in the state of Massachusetts.  Dontae Adyelott served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Storekeeper Seaman Adyelott was eating lunch in the mess hall.  The blast knocked the pictures from the wall, one of which hit and knocked a sailor who was eating near her, FC3 Williams, unconscious.  In the wake of the attack, Adyelott helped wounded sailors in the infirmary.  The VA assigned her a 50% disability rating for her injuries on the USS Cole.  Dontae Adyelott has chosen not to make a claim for her injuries, but this information is provided as it relates to her family members' claims.

**4.9**    Plaintiff Victoria Browne is a United States citizen and currently resides in the state of North Carolina. Victoria Browne is Dontae Adyelott's mother.  Because of the USS Cole attack and Dontae Adyelott's subsequent injuries, Victoria Brown has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.10**    Plaintiff Anthony Jones is a United States citizen and currently resides in the state of North Carolina. Anthony Jones is Dontae Adyelott's step-father.  Because of the USS Cole attack and Dontae Adyelott's subsequent injuries, Anthony Jones has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

D.    **The Jermaine Adyelott Family[1]**

**4.11**    Jermaine Adyelott was a Plaintiff in *Taitt*. *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras).  Adyelott is a United States citizen and

---

[1] Dontae Adyelott and Jermaine Adyelott were both serving on the U.S.S. Cole at the time of the attack but they got married years later.

currently resides in the state of Maryland. Petty Officer Third Class Jermaine Adyelott served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Jermaine Adyelott was in the ship's engineering bathroom. The ensuing explosion disabled the bathroom lights and knocked Jermaine Adyelott to the ground. Thereafter, Jermaine Adyelott assisted in a search and rescue mission by carrying the bodies of deceased sailors off the ship. As such, Jermaine Adyelott came into direct contact with numerous mangled corpses. During this mission, Jermaine Adyelott also observed several fellow sailors suffering from life- threatening physical injuries. Because of this traumatic experience, Jermaine Adyelott currently suffers from depression, anxiety, cold sweats, and panic attacks. The force of the USS Cole bombing also caused Jermaine Adyelott to develop hearing loss, rated at 10% disabling by the VA.

4.12    Plaintiff Lorria Adyelott is a United States citizen and currently resides in the state of North Carolina. Lorria Adyelott is Jermaine Adyelott's mother.  Because of the USS Cole attack and Jermaine Adyelott's subsequent injuries, Lorria Adyelott has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.13    Plaintiff Shakeira Adyelott is a United States citizen and currently resides in the state of North Carolina. Shakeira Adyelott is Jermaine Adyelott's sister.  Because of the USS Cole attack and Jermaine Adyelott's subsequent injuries, Shakeira Adyelott has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**E.    The Keith Allen Family**

4.14    Plaintiff Keith Allen is a United States citizen and currently resides in the state of Delaware.  Allen served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Allen was eating lunch on the starboard side of

the mess deck. Immediately after the blast, he could not hear and had a ringing in his ears. He put on scuba gear and conducted search and rescue in the blast zone. Allen remained on the ship assisting with repairs for three weeks through the time the USS Cole was brought back to Norfolk. He was awarded a Navy and Marine Corps Achievement Medal for his efforts after the attack. Allen suffers from PTSD and tinnitus that is rated 70% disabling by the VA.

4.15    Plaintiff Donald Allen is a United States citizen and currently resides in the state of Pennsylvania. Donald Allen is Keith Allen's father. Because of the USS Cole attack and Keith Allen's subsequent injuries, Donald Allen has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.16    Plaintiff Sharon Allen is a United States citizen and currently resides in the state of Pennsylvania. Sharon Allen is Keith Allen's mother. Because of the USS Cole attack and Keith Allen's subsequent injuries, Sharon Allen has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.17    Plaintiff Glen Allen is a United States citizen and currently resides in the state of Pennsylvania. Glen Allen is Keith Allen's brother. Because of the USS Cole attack and Keith Allen's subsequent injuries, Glen Allen has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.18    Plaintiff Sean Allen is a United States citizen and currently resides in the state of New York. Sean Allen is Keith Allen's brother. Because of the USS Cole attack and Keith Allen's subsequent injuries, Sean Allen has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

F.    **The Lori Austin Family**

**4.19**    Lori Austin was a Plaintiff in *Gunn*. *Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (Judge Contreras).  Lori Austin is a United States citizen and currently resides in the State of California. Petty Officer 2nd Class Austin served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Austin was in the wardroom leaning against a bulkhead. At this time, she was waiting to serve lunch to her fellow sailors. Immediately after the explosion, Austin hit her head violently against the bulkhead and sustained a concussion. As a result of her head injury, Austin currently suffers from vertigo. Additionally, because of the overall trauma she experienced during the Cole attack, Austin currently suffers from hearing loss and PTSD. She is rated 100% disabled by the VA.

**4.20**    Plaintiff Julianna Turner is a United States citizen and currently resides in the state of Michigan. Julianna Turner is Lori Austin's mother.  Because of the USS Cole attack and Lori Austin's subsequent injuries, Julianna Turner has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.21**    Plaintiff Bruce Turner is a United States citizen and currently resides in the state of Michigan. Bruce Turner is Lori Austin's father.  Because of the USS Cole attack and Lori Austin's subsequent injuries, Bruce Turner has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.22**    Plaintiff Erika Kay is a United States citizen and currently resides in the state of California. Erika Kay is Lori Austin's sister.  Because of the USS Cole attack and Lori Austin's subsequent injuries, Erika Kay has suffered from mental anguish, bereavement, grief, and loss of society and comfort

24

### G.    The Lydia Banks Family

**4.23**    Plaintiff Lydia Banks is a United States citizen and currently resides in the state of Florida.  Banks served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Banks had been on overnight watch and she was resting in her rack.  The blast threw Banks from her bed to the floor.  Immediately after the blast was "chaos" as the lights went out and parts of the ship filled with smoke.  Because Banks' blood type is O+, she was asked to give blood in the hospital.  Banks heard the screams of the injured sailors echoing through the crowded hospital area.  Following her discharge from the Navy in January 2003, Banks was unemployed for three years and has subsequently been rated permanently totally disabled due to PTSD, anxiety, and depression, among other conditions, with an effective 100% rating from the VA.

**4.24**    Plaintiff Patricia Horton is a United States citizen and currently resides in the state of Florida. Patricia Horton is Lydia Banks' mother.  Because of the USS Cole attack and Lydia Banks' subsequent injuries, Patricia Horton has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.25**    Plaintiff Ebony Butler is a United States citizen and currently resides in the state of Florida. Ebony Butler is Lydia Banks' sister.  Because of the USS Cole attack and Lydia Banks' subsequent injuries, Ebony Butler has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.26**    Plaintiff Freddie Lee Mitchell, Jr. is a United States citizen and currently resides in the state of Florida. Freddie Lee Mitchell, Jr. is Lydia Banks' brother.  Because of the USS Cole attack and Lydia Banks' subsequent injuries, Freddie Lee Mitchell, Jr. has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

### H.    The Miss Belcher Family

**4.27**    Miss Belcher was a Plaintiff in *Taitt*. *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras).  Miss Belcher is a United States citizen and currently resides in the State of California. Petty Officer Second Class Belcher served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Belcher was attending a meeting. Immediately after the attack, Belcher rushed to her Defcon Station. During the post-explosion chaos, Belcher witnessed her fellow sailors bleeding from their ears and suffering from severe shrapnel injuries. She also performed CPR on one of these sailors. Furthermore, on the way to the opposite side of the ship, Belcher witnessed the mangled corpse of a sailor whose body was blown apart in the blast. Because of these specific memories and the overall trauma she experienced during the Cole attack, Belcher currently suffers from PTSD, major depressive disorder, anxiety, and migraines. Belcher is rated 90% disabled by the VA.

**4.28**    Plaintiff Khalilah Foreman Muhammad is a United States citizen and currently resides in the state of California. Khalilah Foreman Muhammad is Miss Belcher's sister. Because of the USS Cole attack and Miss Belcher's subsequent injuries, Khalilah Foreman Muhammad has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.29**    Plaintiff Cassandra Muhammad is a United States citizen and currently resides in the state of Colorado. Cassandra Muhammad is Miss Belcher's sister.  Because of the USS Cole attack and Miss Belcher's subsequent injuries, Cassandra Muhammad has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## I.    The Kevin Benoit Family

**4.30**    Plaintiff Kevin Benoit is a United States citizen and currently resides in the state of Virginia.  Benoit served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, was lifting weights in the gym.  The blast knocked out the lights.  Benoit went to the topside of the boat armed with an M60 machine gun to defend the ship.  Later, he assisted with removal of the bodies of his fallen fellow sailors.  In the wake of the USS Cole attack, Benoit was diagnosed with PTSD, anxiety, depression, and alcohol issues and he received a 100% disability rating from the VA.

**4.31**    Plaintiff Chandra Benoit is a United States citizen and currently resides in the state of Virginia. Chandra Benoit is Kevin Benoit's wife.  Because of the USS Cole attack and Kevin Benoit's subsequent injuries, Chandra Benoit has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.32**    Plaintiff Kyra Benoit is a United States citizen and currently resides in the state of Virginia. Kyra Benoit is Kevin Benoit's daughter.  Because of the USS Cole attack and Kevin Benoit's subsequent injuries, Kyra Benoit has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.33**    Plaintiff Chamari Mitchell is a United States citizen and currently resides in the state of Virginia. Chamari Mitchell is Kevin Benoit's daughter.  Because of the USS Cole attack and Kevin Benoit's subsequent injuries, Chamari Mitchell has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.34**    Plaintiff Franc Chapman is a United States citizen and currently resides in the state of Virginia. Franc Chapman is Kevin Benoit's father.  Because of the USS Cole attack

and Kevin Benoit's subsequent injuries, Franc Chapman has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**J.      The Damian Bethel Family**

4.35      Plaintiff Damian Bethel is a United States citizen and currently resides in the state of Virginia.  Bethel served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Bethel was leaving the central control station and walking to the mess deck.  At the time of the blast, he went to investigate the engine room, but was unable to due to the massive hole in the ship.  As a designated general quarters investigator, he continued to assess the damage and helped triage the injured.  He came across many of the deceased sailors and helped with recovery of their bodies.  Bethel has been diagnosed with PTSD and assigned a total disability rating of 100% by the VA.

4.36      Plaintiff Colleen Bethel is a United States citizen and currently resides in the state of Virginia. Colleen Bethel is Damian Bethel's wife.  Because of the USS Cole attack and Damian Bethel's subsequent injuries, Colleen Bethel has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.37      Plaintiff India Bethel is a United States citizen and currently resides in the state of Virginia. India Bethel is Damian Bethel's daughter.  Because of the USS Cole attack and Damian Bethel's subsequent injuries, India Bethel has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.38      Plaintiff Brittany Bell is a United States citizen and currently resides in the state of Virginia. Brittany Bell is Damian Bethel's step-daughter.  Because of the USS Cole attack and Damian Bethel's subsequent injuries, Brittany Bell has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.39**    Plaintiff Terrance Collier is a United States citizen and currently resides in the state of Virginia. Terrance Collier is Damian Bethel's step-son.  Because of the USS Cole attack and Damian Bethel's subsequent injuries, Terrance Collier has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## K.    The Larry Bloodsaw, Jr. Family

**4.40**    Plaintiff Larry Bloodsaw, Jr. is a United States citizen and currently resides in the state of Ohio.  Bloodsaw served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Bloodsaw was walking around the galley and mess decks apprising sailors of an upcoming meeting.  He had just finished talking with ITSN Timothy Gauna when the attack occurred.  Bloodsaw would never speak to Gauna again – Gauna was killed in the blast.  The blast threw Bloodsaw onto the floor of the mess deck landing hard.  He sustained a broken lower jaw, fractured left patella, shrapnel wounds, temporary hearing loss, and bilateral ruptured blood vessels in his eyes.  Bloodsaw attempted to carry out his duties post-explosion until a commanding officer noticed his injuries and sent him to be treated.  He was taken to a local Yemeni hospital for treatment.  The VA has assigned Bloodsaw a 100% disability rating for his bilateral mandibular fracture, cervical radiculopathy, disc herniation, patellar fracture, tinnitus, and PTSD and he was awarded a Purple Heart related to the USS Cole bombing.

**4.41**    Plaintiff Charmel Bloodsaw is a United States citizen and currently resides in the state of South Carolina. Charmel Bloodsaw and Larry Bloodsaw, Jr. were married at the time of the USS Cole attack. They are currently divorced but because of the USS Cole attack but because of the USS Cole attack and Larry Bloodsaw, Jr.'s subsequent injuries, Charmel

Bloodsaw has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.42**    Plaintiff Denise Bloodsaw is a United States citizen and currently resides in the state of California. Denise Bloodsaw is Larry Bloodsaw, Jr.'s daughter.  Because of the USS Cole attack and Larry Bloodsaw, Jr.'s subsequent injuries, Denise Bloodsaw has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.43**    Plaintiff Teresa Bennett is a United States citizen and currently resides in the state of South Carolina. Teresa Bennett is Larry Bloodsaw, Jr.'s sister.  Because of the USS Cole attack and Larry Bloodsaw, Jr.'s subsequent injuries, Teresa Bennett has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.44**    Plaintiff Emily Bloodsaw is a United States citizen and currently resides in the state of Alabama. Emily Bloodsaw is Larry Bloodsaw, Jr.'s sister.  Because of the USS Cole attack and Larry Bloodsaw, Jr.'s subsequent injuries, Emily Bloodsaw has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.45**    Plaintiff Laura Wafer is a United States citizen and currently resides in the state of Kentucky. Laura Wafer is Larry Bloodsaw, Jr.'s half-sister.  Because of the USS Cole attack and Larry Bloodsaw, Jr.'s subsequent injuries, Laura Wafer has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.46**    Plaintiff Patricia Wafer is a United States citizen and currently resides in the state of Ohio. Patricia Wafer is Larry Bloodsaw, Jr.'s half-sister.  Because of the USS Cole attack and Larry Bloodsaw, Jr.'s subsequent injuries, Patricia Wafer has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**L.    The Daryl Bowe Family**

    **4.47**    Plaintiff Daryl Bowe is a United States citizen and currently resides in the state of Michigan.  Bowe served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Petty Officer 3rd Class Bowe was eating lunch on the mess deck.  Immediately after the explosion, Bowe served as a fire investigator and assisted the injured to areas where they could be treated.  He received a Navy and Marine Corps Commendation Medal for his efforts following the tragedy.  He recalls the smell of burnt flesh and melted metal permeated areas of the ship.  The VA has assigned Bowe a 100% disability rating for PTSD.

    **4.48**    Plaintiff Cynthia Ervin is a United States citizen and currently resides in the state of Michigan. Cynthia Ervin is Daryl Bowe's mother.  Because of the USS Cole attack and Daryl Bowe's subsequent injuries, Cynthia Ervin has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

    **4.49**    Plaintiff Carl Ervin is a United States citizen and currently resides in the state of Michigan. Carl Ervin is Daryl Bowe's step-father.  Because of the USS Cole attack and Daryl Bowe's subsequent injuries, Carl Ervin has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

    **4.50**    Plaintiff Eric Ervin is a United States citizen and currently resides in the state of Michigan. Eric Ervin is Daryl Bowe's step-brother.  Because of the USS Cole attack and Daryl Bowe's subsequent injuries, Eric Ervin has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

    **4.51**    Plaintiff Gregory Bowe is a United States citizen and currently resides in the state of Michigan. Gregory Bowe is Daryl Bowe's brother.  Because of the USS Cole attack

and Daryl Bowe's subsequent injuries, Gregory Bowe has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## M.    The Jeffery Brown Family

4.52    Plaintiff Jeffery Brown is a United States citizen and currently resides in the state of Virginia.  Brown served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Gunner's Mate 1st Class Brown had a 0200-0700 detail so he was in forward berthing getting ready to meet Tim Saunders for lunch. The blast threw Brown from his rack onto the floor hitting his back.  He waded throwing the billows of smoke to the armory where he armed himself for security detail.  Brown also helped rescue two sailors from the water, assisted the injured, and participated in the grim task of body removal.  The VA assigned Brown a 100% disability rating for the thoracolumbar strain he sustained in the attack and his PTSD.

4.53    Plaintiff Virginia Brown is a United States citizen and currently resides in the state of Virginia. Virginia Brown is Jeffery Brown's wife.  Because of the USS Cole attack and Jeffery Brown's subsequent injuries, Virginia Brown has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.54    Plaintiff Donavin Ceasor is a United States citizen and currently resides in the state of Texas. Donavin Ceasor is Jeffery Brown's son.  Because of the USS Cole attack and Jeffery Brown's subsequent injuries, Donavin Ceasor has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.55    Plaintiff Alyson Early is a United States citizen and currently resides in the state of Texas. Alyson Early is Jeffery Brown's daughter.  Because of the USS Cole attack and

Jeffery Brown's subsequent injuries, Alyson Early has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

     **4.56**     Plaintiff Krystin Sanders is a United States citizen and currently resides in the state of Texas. Krystin Sanders is Jeffery Brown's daughter. Because of the USS Cole attack and Jeffery Brown's subsequent injuries, Krystin Sanders has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

     **4.57**     Plaintiff Korbin Thompson is a United States citizen and currently resides in the state of Texas. Korbin Thompson is Jeffery Brown's daughter. Because of the USS Cole attack and Jeffery Brown's subsequent injuries, Korbin Thompson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

     **4.58**     Plaintiff Thomas Brown is a United States citizen and currently resides in the state of South Carolina. Thomas Brown is Jeffery Brown's father. Because of the USS Cole attack and Jeffery Brown's subsequent injuries, Thomas Brown has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

     **4.59**     Plaintiff Bessie Brown is a United States citizen and currently resides in the state of South Carolina. Bessie Brown is Jeffery Brown's mother. Because of the USS Cole attack and Jeffery Brown's subsequent injuries, Bessie Brown has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## N.    The John Buckley, III Family

     **4.60**     John Buckley, III was a Plaintiff in *Gunn*. *Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (Judge Contreras). John Buckley III is a United States citizen and currently resides in the state of South Carolina. Buckley served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing,

Buckley was on the main deck directly above the water line, approximately ten (10) feet from the blast-site. The force of the explosion and ensuing shrapnel caused Williams to suffer severe and permanent injuries to his knees and lower back. Because of these injuries, Buckley required extensive medical treatment including numerous surgical procedures. Buckley currently suffers from PTSD and is rated 100% disabled by the VA.

 **4.61**  Plaintiff Kelly Buckley is a United States citizen and currently resides in the state of Florida. Kelly Buckley is John Buckley, III's mother. Because of the USS Cole attack and John Buckley, III's subsequent injuries, Kelly Buckley has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

 **4.62**  Plaintiff John Buckley, Jr. is a United States citizen and currently resides in the state of Florida. John Buckley, Jr. is John Buckley, III's father. Because of the USS Cole attack and John Buckley, III's subsequent injuries, John Buckley, Jr. has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## O. Greg Carlson

 **4.63**  Plaintiff Greg Carlson is a United States citizen and currently resides in the state of Michigan. Carlson served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Petty Officer 2nd Class Carlson was on his way to berthing three to meet with another sailor to carry out trash removal duties. Carlson sustained leg lacerations in the explosion, but helped FC2 Hancock, who had a broken jaw, to aft medical. He also attempted to revive ETC Costelow and SN Palmer, who both eventually succumbed to their wounds. He received a Navy and Marine Corps Commendation Medal for his efforts following the tragedy. The VA assessed Carlson as 100% disabled with 50% disability attributed to PTSD.

**P.    The Tayinikia Carlton Family**

**4.64**    Tayinikia Carlton was a Plaintiff in *Taitt*. *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras).  Tayinikia Carlton is a United States citizen and currently resides in the state of North Carolina. Carlton served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. At the time of the bombing, Carlton was in the medical facility located on the starboard side of the ship. Because of the facility's proximity to the blast, the force of the ensuing explosion threw Carlton backwards and dislodged the doors in the room. Smoke then began to fill the room. During this chaos, Carlton observed several of her fellow sailors suffering from severe injuries. Because of this specific memory and the overall trauma she experienced during the Cole attack, Carlton currently suffers from PTSD, anxiety, and depression. Carlton is rated 100% disabled by the VA.

**4.65**    Plaintiff Janice Leslie is a United States citizen and currently resides in the state of South Carolina. Janice Leslie is Tayinikia Carlton's mother.  Because of the USS Cole attack and Tayinikia Carlton's subsequent injuries, Janice Leslie has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.66**    Plaintiff Quinisha Lytch is a United States citizen and currently resides in the state of Virginia. Quinisha Lytch is Tayinikia Carlton's daughter.  Because of the USS Cole attack and Tayinikia Carlton's subsequent injuries, Quinisha Lytch has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.67**    Plaintiff Malaysia McKnight is a United States citizen and currently resides in the state of Virginia. Malaysia McKnight is Tayinikia Carlton's daughter.  Because of the USS

Cole attack and Tayinikia Carlton's subsequent injuries, Malaysia McKnight has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

    **4.68**    Plaintiff Damian Campbell is a United States citizen and currently resides in the state of Georgia. Damian Campbell is Tayinikia Carlton's brother. Because of the USS Cole attack and Tayinikia Carlton's subsequent injuries, Damian Campbell has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

    **4.69**    Plaintiff Jessie Leslie is a United States citizen and currently resides in the state of South Carolina. Jessie Leslie is Tayinikia Carlton's brother. Because of the USS Cole attack and Tayinikia Carlton's subsequent injuries, Jessie Leslie has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## Q.    The Marlon Carter Family

    **4.70**    Marlon Carter was a Plaintiff in *Taitt*. *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras). Carter is a United States citizen and currently resides in the State of Pennsylvania. Carter served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Carter was working on the ship's mess deck. After the ensuing explosion, Carter took shelter in the ship's gallery. At this time, Carter saw the decapitated head of one of his fellow sailors lying in the gallery sink. Because of this specific memory and the overall trauma he experienced during the Cole attack, Carter currently suffers from PTSD. This condition is rated 70% disabling by the VA.

    **4.71**    Plaintiff Ervin Carter is a United States citizen and currently resides in the state of Mississippi. Ervin Carter is Marlon Carter's brother. Because of the USS Cole attack and Marlon Carter's subsequent injuries, Ervin Carter has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.72**    Plaintiff Ronald Carter is a United States citizen and currently resides in the state of Mississippi. Ronald Carter is Marlon Carter's brother.  Because of the USS Cole attack and Marlon Carter's subsequent injuries, Ronald Carter has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.73**    Plaintiff Terenski Carter is a United States citizen and currently resides in the state of Virginia. Terenski Carter is Marlon Carter's brother.  Because of the USS Cole attack and Marlon Carter's subsequent injuries, Terenski Carter has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**R.    The Bruce Clark Family**

**4.74**    Plaintiff Bruce Clark is a United States citizen and currently resides in the state of Virginia.  Clark served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Clark had worked the night shift, so he was sleeping in his rack.  In the aftermath of the attack, Clark helped transport the bodies of the deceased sailors to a staging area and stood armed guard against further attacks.  He was awarded a Navy and Marine Corps Achievement Medal for his efforts after the attack.  The VA has assigned Clark an 80% disability rating with 50% attributed to PTSD.

**4.75**    Plaintiff Deborah Clark is a United States citizen and currently resides in the state of Virginia. Deborah Clark is Bruce Clark's wife.  Because of the USS Cole attack and Bruce Clark's subsequent injuries, Deborah Clark has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.76**    Plaintiff Brianna Clark is a United States citizen and currently resides in the state of North Carolina. Brianna Clark is Bruce Clark's daughter.  Because of the USS Cole

attack and Bruce Clark's subsequent injuries, Brianna Clark has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

     **4.77**    Plaintiff Tonya D'andrea is a United States citizen and currently resides in the state of Maine. Tonya D'andrea is Bruce Clark's daughter.  Because of the USS Cole attack and Bruce Clark's subsequent injuries, Tonya D'andrea has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

     **4.78**    Plaintiff Jennifer Taylor is a United States citizen and currently resides in the state of Florida. Jennifer Taylor is Bruce Clark's daughter.  Because of the USS Cole attack and Bruce Clark's subsequent injuries, Jennifer Taylor has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

     **4.79**    Plaintiff Bruce Clark II is a United States citizen and currently resides in the state of Virginia. Bruce Clark II is Bruce Clark's son.  Because of the USS Cole attack and Bruce Clark's subsequent injuries, Bruce Clark II has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**S.**    **The Chad Cleary Family**

     **4.80**    Plaintiff Chad Cleary is a United States citizen and currently resides in the state of Michigan.  Cleary served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Gas Turbine Electrician 3rd Class Cleary was walking to the engineering command center.  The explosion knocked him off of his feet and caused right ear hearing loss.  Cleary went to the blast zone where he assisted injured sailors and helped with recovery of bodies.  He was awarded a Navy and Marine Corps Achievement Medal for his efforts after the attack.  The smell of sulphur and smoke was overwhelming. The VA assigned Cleary an 80% disability rating, including PTSD and tinnitus.

**4.81**     Plaintiff Patrick Cleary is a United States citizen and currently resides in the state of Michigan. Patrick Cleary is Chad Cleary's father.  Because of the USS Cole attack and Chad Cleary's subsequent injuries, Patrick Cleary has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.82**     Plaintiff Courtney Cleary is a United States citizen and currently resides in the state of Michigan. Courtney Cleary is Chad Cleary's sister.  Because of the USS Cole attack and Chad Cleary's subsequent injuries, Courtney Cleary has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

### T.     Marlon Cook

**4.83**     Plaintiff Marlon Cook is a United States citizen and currently resides in the state of Michigan.  Cook served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Information System Technician 3rd Class Cook was in the berthing area changing his uniform.  Following the blast, Cook treated the injured.  The VA has assigned Cook a total disability rating of 100%, including for his PTSD.

### U.     The Justin Crowe Family

**4.84**     Justin Crowe was a Plaintiff in *Gunn*. *Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (Judge Contreras).  Crowe is a United States citizen and currently resides in the state of Florida. Chief Petty Officer Crowe served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. After the explosion, Crowe was instructed to retrieve the remains of his fallen shipmates. Thus, he witnessed numerous mangled body parts scattered throughout the ship. Because of this specific memory and the overall trauma he experienced during the Cole attack, Crowe currently suffers from significant mental anguish.

**4.85** Plaintiff Mary Fleming is a United States citizen and currently resides in the state of Florida. Mary Fleming and Justin Crowe were married at the time of the USS Cole attack. They are currently divorced but because of the USS Cole attack and Justin Crowe's subsequent injuries, Mary Fleming has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.86** Plaintiff Stacey Crowe is a United States citizen and currently resides in the state of New York. Stacey Crowe is Justin Crowe's brother. Because of the USS Cole attack and Justin Crowe's subsequent injuries, Stacey Crowe has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## V. The Suzan Czoschke Family

**4.87** Plaintiff Suzan Czoschke is a United States citizen and currently resides in the state of Florida. Czoschke served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Czoschke was in her office sending email. The explosion knocked her chair back from the desk and everything went dark. The aftermath was chaotic. Czoschke encountered many of the seriously injured sailors, including Petty Officer Lopez who was so badly burned that the image is etched is Czoschke's mind. The VA assigned Czoschke an 80% disability rating for PTSD and associated migraines.

**4.88** Plaintiff Mary Kerem is a United States citizen and currently resides in the state of Florida. Mary Kerem is Suzan Czoschke's mother. Because of the USS Cole attack and Suzan Czoschke's subsequent injuries, Mary Kerem has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.89** Plaintiff Sean Pearce is a United States citizen and currently resides in the state of Florida. Sean Pearce is Suzan Czoschke's mother. Because of the USS Cole attack and

Suzan Czoschke's subsequent injuries, Sean Pearce has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.90** Plaintiff Tara Czoschke is a United States citizen and currently resides in New Zealand. Tara Czoschke is Suzan Czoschke's mother. Because of the USS Cole attack and Suzan Czoschke's subsequent injuries, Tara Czoschke has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.91** Plaintiff Serife Logue is a United States citizen and currently resides in the state of Florida. Serife Logue is Suzan Czoschke's sister. Because of the USS Cole attack and Suzan Czoschke's subsequent injuries, Serife Logue has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.92** Plaintiff Ali Kerem is a United States citizen and currently resides in the state of Maryland. Ali Kerem is Suzan Czoschke's brother. Because of the USS Cole attack and Suzan Czoschke's subsequent injuries, Ali Kerem has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## W.    The John J. DeAngelis Family

**4.93** Plaintiff John J. DeAngelis is a United States citizen and currently resides in the state of South Carolina. DeAngelis served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Fire Controlman First Class DeAngelis was in the library attending a meeting. The explosion sent a television crashing into DeAngelis's lap. DeAngelis remembers the smells of death, burnt and rotting flesh, as well as the cries of the injured sailors in the wake of the blast. He witnessed SN Gunn's death. DeAngelis also identified flooding and a Freon leak that helped save the ship. He received a Navy and Marine Corps Commendation Medal for his efforts following the

tragedy.  DeAngelis also developed severe dysentery from the lack of potable water.  The VA assigned DeAngelis a 90% disability rating, including 50% for PTSD.

**4.94**    Plaintiff Lisa DeAngelis is a United States citizen and currently resides in the state of South Carolina. Lisa DeAngelis is John J. DeAngelis's wife.  Because of the USS Cole attack and John J. DeAngelis's subsequent injuries, Lisa DeAngelis has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.95**    Plaintiff John W. DeAngelis is a United States citizen and currently resides in the state of Nevada. John W. DeAngelis is John J. DeAngelis's son.  Because of the USS Cole attack and John J. DeAngelis's subsequent injuries, John W. DeAngelis has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.96**    Plaintiff Lydia DeAngelis is a United States citizen and currently resides in the state of North Carolina. Lydia DeAngelis is John J. DeAngelis's daughter.  Because of the USS Cole attack and John J. DeAngelis's subsequent injuries, Lydia DeAngelis has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.97**    Plaintiff Kathleen DeAngelis is a United States citizen and currently resides in the state of South Carolina. Kathleen DeAngelis is John J. DeAngelis's mother.  Because of the USS Cole attack and John J. DeAngelis's subsequent injuries, Kathleen DeAngelis has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.98**    Plaintiff John M. DeAngelis is a United States citizen and currently resides in the state of South Carolina. John M. DeAngelis is John J. DeAngelis's father.  Because of the USS Cole attack and John J. DeAngelis's subsequent injuries, John M. DeAngelis has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.99**    Plaintiff Melissa DeAngelis is a United States citizen and currently resides in the state of South Carolina. Melissa DeAngelis is John J. DeAngelis's sister.  Because of the USS Cole attack and John J. DeAngelis's subsequent injuries, Melissa DeAngelis has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.100**    Plaintiff Daniel DeAngelis is a United States citizen and currently resides in the state of South Carolina. Daniel DeAngelis is John J. DeAngelis's brother.  Because of the USS Cole attack and John J. DeAngelis's subsequent injuries, Daniel DeAngelis has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## X.    The BillyDon Dempsey Family

**4.101**    Plaintiff BillyDon Dempsey is a United States citizen and currently resides in the state of Oklahoma.  Dempsey served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Interior Communication Electrician 3rd Class Dempsey was working on the pan and tilt camera on the weather deck. The explosion threw him down to the flight deck and he hit hard on his side.  Dempsey worked to restore electrical power to the ship and helped control flooding.  He received a Navy and Marine Corps Commendation Medal for his efforts following the tragedy.  The VA assigned Dempsey a 20% disability rating related to his PTSD from the attack.

**4.102**    Plaintiff Linda Sue Bundy is a United States citizen and currently resides in the state of Oklahoma. Linda Sue Bundy is BillyDon Dempsey's mother.  Because of the USS Cole attack and BillyDon Dempsey's subsequent injuries, Linda Sue Bundy has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.103**    Plaintiff Melissa Sue Lewis is a United States citizen and currently resides in the state of Oklahoma. Melissa Sue Lewis is BillyDon Dempsey's sister.  Because of the USS

Cole attack and BillyDon Dempsey's subsequent injuries, Melissa Sue Lewis has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.104**    Plaintiff Chadwick Dempsey is a United States citizen and currently resides in the state of Oklahoma. Chadwick Dempsey is BillyDon Dempsey's brother. Because of the USS Cole attack and BillyDon Dempsey's subsequent injuries, Chadwick Dempsey has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## Y.    The Terry Duff Family

**4.105**    Terry Duff was a Plaintiff in *Gunn*. *Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (Judge Contreras). Duff is a United States citizen and currently resides in the State of Ohio. Petty Officer 2nd Class Duff served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Duff was in the chow line on the mess deck. Because of the force of the explosion and ensuing shrapnel, Duff suffered numerous physical injuries during the attack, including shrapnel scarring, shoulder and knee impingement, Bursitis, Tinnitus, and a Traumatic Brain Injury (TBI). Additionally, because of the overall trauma he experienced during the Cole attack, Duff currently suffers from PTSD. Terry Duff is rated 100% disabled by the VA.

**4.106**    Plaintiff Linda Lepley Feltner is a United States citizen and currently resides in the state of Arizona. Linda Lepley Feltner is Terry Duff's mother. Because of the USS Cole attack and Terry Duff's subsequent injuries, Linda Lepley Feltner has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.107**    Plaintiff Terry Duff, Sr. is a United States citizen and currently resides in the state of Ohio. Terry Duff, Sr. is Terry Duff's father. Because of the USS Cole attack and Terry

Duff's subsequent injuries, Terry Duff, Sr. has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.108**    Plaintiff Kimberly Duff is a United States citizen and currently resides in the state of Ohio. Kimberly Duff is Terry Duff's step mother.  Because of the USS Cole attack and Terry Duff's subsequent injuries, Kimberly Duff has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.109**    Plaintiff Lesha Feltner is a United States citizen and currently resides in the state of California. Lesha Feltner is Terry Duff's sister.  Because of the USS Cole attack and Terry Duff's subsequent injuries, Lesha Feltner has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.110**    Plaintiff Tye Feltner is a United States citizen and currently resides in the state of Michigan. Tye Feltner is Terry Duff's brother.  Because of the USS Cole attack and Terry Duff's subsequent injuries, Tye Feltner has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**Z.    The Dyon Foster Family**

**4.111**    Plaintiff Dyon Foster is a United States citizen and currently resides in the state of California.  Foster served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Fire Controlman 3rd Class Foster was resting in the Radar room 3.  Foster performed CPR on Stewart, Gokool, and Wibberly.  He has been diagnosed with PTSD, anxiety, and major depressive disorder and the VA has assigned him at 60% disability rating.

**4.112**    Plaintiff Karen Landefeld is a United States citizen and currently resides in the state of New York. Karen Landefeld is Dyon Foster's mother.  Because of the USS Cole attack

and Dyon Foster's subsequent injuries, Karen Landefeld has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.113**    Plaintiff Brennan Foster is a United States citizen and currently resides in the state of New York. Brennan Foster is Dyon Foster's brother. Because of the USS Cole attack and Dyon Foster's subsequent injuries, Brennan Foster has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.114**    Plaintiff Melleson Foster-Bangs is a United States citizen and currently resides in the state of Texas. Melleson Foster-Bangs is Dyon Foster's sister. Because of the USS Cole attack and Dyon Foster's subsequent injuries, Melleson Foster-Bangs has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## AA. The Craig Freeman Family

**4.115**    Craig Freeman was a Plaintiff in *Taitt*. *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras). Craig Freeman is a United States citizen and currently resides in the State of Florida. Senior Chief Petty Officer Freeman served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. As a result of the attack, Freeman ruptured both eardrums, suffered a traumatic brain injury (TBI), chipped bones in his right elbow, sustained fragment wounds in his left eye, and sustained hot water burns. Furthermore, witnessing "all the carnage" that occurred during the Cole attack still haunts Freeman to this day. Freeman received a Purple Heart and is currently rated 100% disabled by the VA.

**4.116**    Plaintiff Ereka Freeman is a United States citizen and currently resides in the state of Florida. Ereka Freeman and Craig Freeman were married at the time of the USS Cole attack. They are currently divorced but because of the USS Cole attack and Craig Freeman's

subsequent injuries, Ereka Freeman has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**BB.   The Jaimie Gonzalez Family**

4.117    Plaintiff Jaimie Gonzalez is a United States citizen and currently resides in the state of Virginia.  Gonzalez served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Gas System Turbine Technician 3rd Class Gonzalez was resting in her rack in the berthing area.  She performed first aid and triage in the laundry room area on the injured.  Her fiancé, Marc Nieto, was tragically killed in the bombing. The VA assigned her a 30% rating for PTSD, flashbacks, and nightmares.

4.118    Ligaya Pangilinan is a United States citizen and currently resides in the state of Virginia. Ligaya Pangilinan is Jaimie Gonzalez's mother.  Because of the USS Cole attack and Jaimie Gonzalez's subsequent injuries, Ligaya Pangilinan has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**CC.   The Alexis Haddock Family**

4.119    Plaintiff Alexis Haddock is a United States citizen and currently resides in the state of Georgia.  Haddock served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Fire Controlman 2nd Class Haddock was in Radar room 3.  After the blast, he helped injured sailors and identified and repaired areas that were flooding.  He was awarded a Navy and Marine Corps Achievement Medal for his efforts after the attack.  Haddock has been diagnosed with depression and anger management issues following the USS Cole bombing.

4.120    Plaintiff Arelys Cotto-Haddock is a United States citizen and currently resides in the state of Georgia. Arelys Cotto-Haddock is Alexis Haddock's wife.  Because of the USS

Cole attack and Alexis Haddock's subsequent injuries, Arelys Cotto-Haddock has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.121    Plaintiff Alexis Haddock-Cotto is a United States citizen and currently resides in the state of Georgia. Alexis Haddock-Cotto is Alexis Haddock's son.  Because of the USS Cole attack and Alexis Haddock's subsequent injuries, Alexis Haddock-Cotto has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.122    Plaintiff Gabriella Haddock-Cotto is a United States citizen and currently resides in the state of Georgia. Gabriella Haddock-Cotto is Alexis Haddock's daughter. Because of the USS Cole attack and Alexis Haddock's subsequent injuries, Gabriella Haddock-Cotto has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## DD.   The Detarence Harris Family

4.123    Detarence Harris was a Plaintiff in *Taitt*. *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras). Detarence Harris is a United States citizen and currently resides in the State of Virginia. Harris served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. At the time of the bombing, Harris was standing at the water line about four to five feet from the blast. As a result, Harris sustained shrapnel wounds. Additionally, because of the overall trauma he experienced during the Cole attack, Harris currently suffers from PTSD. Harris is rated 50% disabled by the VA.

4.124    Plaintiff Bernard Harris is a United States citizen and currently resides in the state of Alabama. Bernard Harris is Detarence Harris's father.  Because of the USS Cole attack and Detarence Harris's subsequent injuries, Bernard Harris has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.125**    Plaintiff Brenda Cloquitt is a United States citizen and currently resides in the state of Alabama. Brenda Cloquitt is Detarence Harris's mother.  Because of the USS Cole attack and Detarence Harris's subsequent injuries, Brenda Cloquitt has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.126**    Plaintiff Azriele Harris is a United States citizen and currently resides in the state of Virginia. Azriele Harris is Detarence Harris's daughter.  Because of the USS Cole attack and Detarence Harris's subsequent injuries, Azriele Harris has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.127**    Plaintiff Tiffany Odum is a United States citizen and currently resides in the state of Alabama. Tiffany Odum is Detarence Harris's sister.  Because of the USS Cole attack and Detarence Harris's subsequent injuries, Tiffany Odum has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## EE.   The Jason Hayes Family

**4.128**    Plaintiff Jason Hayes is a United States citizen and currently resides in the state of Virginia.  Gonzalez served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Fire Controlman 3rd Class Hayes was washing dishes in the Chief's mess.  The blast knocked him unconscious.  When he came to, Hayes had to climb over bodies and debris in the darkness and smoke to get to safety.  Hayes gave blood, transported the bodies of fallen sailors, and stood guard in the days that followed.  Hayes was awarded a Navy and Marine Corps Commendation Medal for efforts after the bombing and he received a Purple Heart for his injuries.

**4.129**    Plaintiff Roxanne Hayes is a United States citizen and currently resides in the state of Virginia. Roxanne Hayes is Jason Hayes's wife.  Because of the USS Cole attack and

49

Jason Hayes's subsequent injuries, Roxanne Hayes has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.130    Plaintiff Jean Hayes is a United States citizen and currently resides in the state of Virginia. Jean Hayes is Jason Hayes's mother.  Because of the USS Cole attack and Jason Hayes's subsequent injuries, Jean Hayes has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.131    Plaintiff Stephen Hayes is a United States citizen and currently resides in the state of Virginia. Stephen Hayes is Jason Hayes's father.  Because of the USS Cole attack and Jason Hayes's subsequent injuries, Stephen Hayes has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.132    Plaintiff Lauren Hayes is a United States citizen and currently resides in the state of Virginia. Lauren Hayes is Jason Hayes's sister.  Because of the USS Cole attack and Jason Hayes's subsequent injuries, Lauren Hayes has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## FF.    The Michael Hayes Family

4.133    Plaintiff Michael Hayes is a United States citizen and currently resides in the state of Virginia.  Hayes served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Hull Maintenance Technician First Class Hayes was near the Repair Locker.  After the explosion, he helped injured sailors and with recovery of bodies.  The smell of electrical fires and the image of dismembered bodies are poignant memories.  The VA assigned Hayes a 50% disability rating for PTSD.

4.134    Plaintiff Beverley Hayes is a United States citizen and currently resides in the state of Virginia.  Beverley Hayes and Michael Hayes were married at the time of the USS

Cole attack. They are currently divorced but because of the USS Cole attack and Michael Hayes's subsequent injuries, Beverley Hayes has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.135    Plaintiff Michael Hayes Jr. is a United States citizen and currently resides in the state of Virginia. Michael Hayes Jr. is Michael Hayes's son.  Because of the USS Cole attack and Michael Hayes's subsequent injuries, Michael Hayes Jr. has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.136    Plaintiff Mickeya Hayes is a United States citizen and currently resides in the state of Texas. Mickeya Hayes is Michael Hayes's daughter.  Because of the USS Cole attack and Michael Hayes's subsequent injuries, Mickeya Hayes has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.137    Plaintiff Porshia Covington is a United States citizen and currently resides in the state of Virginia. Porshia Covington is Michael Hayes's daughter.  Because of the USS Cole attack and Michael Hayes's subsequent injuries, Porshia Covington has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.138    Plaintiff Tawanda Madison-White is a United States citizen and currently resides in the state of Virginia. Tawanda Madison-White is Michael Hayes's step-daughter. Because of the USS Cole attack and Michael Hayes's subsequent injuries, Tawanda Madison-White has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.139    Plaintiff April Hayes is a United States citizen and currently resides in the state of Tennessee April Hayes is Michael Hayes's sister.  Because of the USS Cole attack and Michael Hayes's subsequent injuries, April Hayes has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.140**    Plaintiff Venson Hayes is a United States citizen and currently resides in the state of Virginia. Venson Hayes is Michael Hayes's brother.  Because of the USS Cole attack and Michael Hayes's subsequent injuries, Venson Hayes has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.141**    Plaintiff Kevin Hayes is a United States citizen and currently resides in the state of Tennessee. Kevin Hayes is Michael Hayes's brother.  Because of the USS Cole attack and Michael Hayes's subsequent injuries, Kevin Hayes has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## GG.  The Anthony Haywood Family

**4.142**    Plaintiff Anthony Haywood is a United States citizen and currently resides in the state of Virginia.  Haywood served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Fireman Apprentice Haywood was not feeling well, so medical sent him to rest in his bed in berthing.  Haywood performed CPR on the severely injured and helped control flooding to keep the ship afloat.  He was awarded a Navy and Marine Corps Achievement Medal for his efforts after the attack.  Haywood has been diagnosed with PTSD, anxiety, flashbacks, and nightmares related to the USS Cole attack.

**4.143**    Plaintiff Helen Haywood is a United States citizen and currently resides in the state of Texas. Helen Haywood is Anthony Haywood's mother.  Because of the USS Cole attack and Anthony Haywood's subsequent injuries, Helen Haywood has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.144**    Plaintiff Matrise Haywood is a United States citizen and currently resides in the state of Texas. Matrise Haywood is Anthony Haywood's sister.  Because of the USS Cole

attack and Anthony Haywood's subsequent injuries, Matrise Haywood has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

    **4.145**    Plaintiff Yolanda Haywood is a United States citizen and currently resides in the state of Texas. Yolanda Haywood is Anthony Haywood's sister.  Because of the USS Cole attack and Anthony Haywood's subsequent injuries, Yolanda Haywood has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**HH.  The John Henderson Family**

    **4.146**    Plaintiff John Henderson is a United States citizen and currently resides in the state of North Carolina.  Haywood served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Senior Chief Fire Controlman Henderson was eating lunch in the Chief Petty Officers mess sitting near the aft bulkhead.  The blast caused Henderson to strike his head resulting in a right knee injury, fractured orbit, head lacerations, dizziness, and double vision.  He has no recollection of the immediate aftermath of the explosion due to his traumatic brain injury and head trauma.   Henderson was hospitalized in Yemen, flown to Germany for treatment, and then treated further at Portsmouth Naval Hospital when he returned to the United States.  He was awarded a Purple Heart for his injuries and the VA assigned him a 40% disability rating for his ongoing diplopia as a residual of his traumatic brain injury and his right knee patellofemoral syndrome.

    **4.147**    Plaintiff Carin Henderson is a United States citizen and currently resides in the state of Virginia. Carin Henderson is John Henderson's wife.  Because of the USS Cole attack and John Henderson's subsequent injuries, Carin Henderson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.148**    Plaintiff Wesley Henderson is a United States citizen and currently resides in the state of Virginia. Wesley Henderson is John Henderson's son.  Because of the USS Cole attack and John Henderson's subsequent injuries, Wesley Henderson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.149**    Plaintiff Jason Henderson is a United States citizen and currently resides in the state of North Carolina. Jason Henderson is John Henderson's son.  Because of the USS Cole attack and John Henderson's subsequent injuries, Jason Henderson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.150**    Plaintiff Rexford Henderson is a United States citizen and currently resides in the state of Florida. Rexford Henderson is John Henderson's brother.  Because of the USS Cole attack and John Henderson's subsequent injuries, Rexford Henderson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.151**    Plaintiff Karen Bachhuber is a United States citizen and currently resides in the state of Virginia. Karen Bachhuber is John Henderson's sister.  Because of the USS Cole attack and John Henderson's subsequent injuries, Karen Bachhuber has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## II.    Todd Hodges

**4.152**    Plaintiff Todd Hodges is a United States citizen and currently resides in the state of Maryland.  Hodges served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Mess Management Specialist 3rd Class Hodges was preparing for lunch.  Chaos ensued after the blast with objects flying everywhere, smoke filling the air, and a host of terrible smells.  Hodges set up a makeshift kitchen, served thousands of meals, and stood damage control watch.  He was awarded the Navy and Marine

Corps Achievement Medal for his efforts after the blast.  The VA assigned Hodges a 70% disability rating for PTSD, major depressive disorder, and anxiety.

**JJ.    The Rodney Jackson Family**

4.153    Rodney R. Jackson is a United States citizen and currently resides in the State of Florida. Jackson served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Jackson was on watch on the quarterdeck. The ensuing explosion shook everything around Jackson, causing hot oil and water to spill onto Jackson's face and severely burn his scalp. Thereafter, the water tank door hit Jackson's knee, and Jackson was then slammed against the wall. Following the attack, Jackson developed hearing complications, PTSD, anxiety, and depression. Jackson is rated 50% disabled by the VA.

4.154    Plaintiff Clarence Jackson is a United States citizen and currently resides in the state of Florida. Clarence Jackson is Rodney R. Jackson's brother.  Because of the USS Cole attack and Rodney R. Jackson's subsequent injuries, Clarence Jackson has suffered from mental anguish, bereavement, grief, and loss of society and comfort

4.155    Plaintiff Ethel Jackson is a United States citizen and currently resides in the state of Florida. Ethel Jackson is Rodney R. Jackson's sister.  Because of the USS Cole attack and Rodney R. Jackson's subsequent injuries, Ethel Jackson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.156    Plaintiff Carol Ross is a United States citizen and currently resides in the state of Texas. Carol Ross is Rodney R. Jackson's sister.  Because of the USS Cole attack and Rodney R. Jackson's subsequent injuries, Carol Ross has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.157**    Plaintiff Nicole Jackson-Trull is a United States citizen and currently resides in the state of Arizona. Nicole Jackson-Trull is Rodney R. Jackson's sister.  Because of the USS Cole attack and Rodney R. Jackson's subsequent injuries, Nicole Jackson-Trull has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## KK.   The Pamela Jacobsen Family

**4.158**    Plaintiff Pamela Jacobsen is a United States citizen and currently resides in the state of North Carolina.  Jacobsen served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Electronics Technician Senior Petty Officer Jacobsen was entering ET Shop 1 to put away safety equipment and tools.  The explosion caused the ship to go dark and heave up and down.  Jacobsen worked to restore communications and emergency power to the ship.  She received a Navy and Marine Corps Commendation Medal for her tireless work after the attack.  Jacobsen has been diagnosed with PTSD and depression and she continues to require mental health treatment and antidepressants.

**4.159**    Plaintiff Barry Jacobsen is a United States citizen and currently resides in the state of Virginia. Barry Jacobsen and Pamela Jacobsen were married at the time of the USS Cole attack. They are currently divorced but because of the USS Cole attack and Pamela Jacobsen's subsequent injuries, Barry Jacobsen has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.160**    Plaintiff Pamela Jacobsen as the Administratrix of the Estate of Freddie Gallagher, deceased, asserts the claim belonging to Freddie Gallagher, Pamela Jacobsen's mother.  Freddie Gallagher was a United States citizen and resided in the state of North Carolina at the time of her passing. Because of the USS Cole attack and Pamela Jacobsen's subsequent injuries, Freddie Gallagher suffered from mental anguish, bereavement, grief, and

56

loss of society and comfort. In a FSIA lawsuit, the law of the state where the estate is established determines whether the estate may maintain a cause of action suffered during the decedent's life. *See Taylor v. Islamic Republic of Iran*, 811 F.Supp.2d 1, 12–13 (D.D.C. 2011). As such, Pamela Jacobsen asserts this claim against Iran on behalf of the Estate of Freddie Gallagher under North Carolina law. *Id.* at 13 (quoting N.C. Gen.Stat. § 28A–18–1) ("North Carolina law provides that '[u]pon the death of any person, all demands whatsoever, and rights to prosecute or defend any action ... existing in favor of or against such person ... shall survive to and against the personal representative ... of his estate.'").

**4.161**    Plaintiff Amanda Davis is a United States citizen and currently resides in the state of North Carolina. Amanda Davis is Pamela Jacobsen's daughter.  Because of the USS Cole attack and Pamela Jacobsen's subsequent injuries, Amanda Davis has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.162**    Plaintiff Ashley Jacobsen is a United States citizen and currently resides in the state of North Carolina. Ashley Jacobsen is Pamela Jacobsen's daughter.  Because of the USS Cole attack and Pamela Jacobsen's subsequent injuries, Ashley Jacobsen has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## LL.   Carlos Jones

**4.163**    Plaintiff Carlos Jones is a United States citizen and currently resides in the state of Virginia.  Jones served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Jones was in the mess line getting lunch.  After the blast, he helped the injured in the blast area and assisted with keeping the ship afloat.  The VA assigned him a 40% disability rating for PTSD and hearing loss.

## MM.  The Daren Jones Family

**4.164**    Plaintiff Daren Jones is a United States citizen and currently resides in the state of Virginia.  Jones served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Operations Specialist First Class Jones was in the Operations Office midship near the Chief's mess.  The explosion knocked him unconscious.  The VA assigned him a 100% disability rating.

**4.165**    Plaintiff Diana Jones is a United States citizen and currently resides in the state of Virginia. Diana Jones is Daren Jones's wife.  Because of the USS Cole attack and Daren Jones's subsequent injuries, Diana Jones has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.166**    Plaintiff Daremoni Jones is a United States citizen and currently resides in the state of Virginia. Daremoni Jones is Daren Jones's daughter.  Because of the USS Cole attack and Daren Jones's subsequent injuries, Daremoni Jones has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.167**    Plaintiff Jasmine Harvey is a United States citizen and currently resides in the state of Virginia. Jasmine Harvey is Daren Jones's daughter.  Because of the USS Cole attack and Daren Jones's subsequent injuries, Jasmine Harvey has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.168**    Plaintiff Cedric Green is a United States citizen and currently resides in the state of Virginia. Cedric Green is Daren Jones's son.  Because of the USS Cole attack and Daren Jones's subsequent injuries, Cedric Green has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.169**    Plaintiff Justin Majette is a United States citizen and currently resides in the state of Virginia. Justin Majette is Daren Jones's son.  Because of the USS Cole attack and Daren Jones's subsequent injuries, Justin Majette has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## NN.   Jared Jones

**4.170**    Plaintiff Jared Jones is a United States citizen and currently resides in the state of Virginia.  Jones served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Boatswain Mate Jones was resting in berthing. After the blast, he helped remove the bodies of fallen sailors from the mess deck and assisted the injured with treatment.  Later, Jones helped ID bodies and stood guard against further attacks.  The VA assigned him a 100% disability rating for PTSD, anxiety, and depression, among other conditions.

## OO.   The Garry Scott Kevwitch Family

**4.171**    Plaintiff Garry Scott Kevwitch is a United States citizen and currently resides in the state of Texas.  Kevwitch served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Petty Officer 2nd Class Kevwitch was in Auxiliary Room 1 changing out demineralizer filters with ENC Sweet.  After the explosion, Kevwitch helped control flooding in the auxiliary rooms and stood watch in engineering areas. He received a Navy and Marine Corps Achievement Medal for his work after the attack.  He has PTSD and has battled suicidal ideations after the bombing.

**4.172**    Plaintiff Kimberly Blankenship is a United States citizen and currently resides in the state of Texas.  Kimberly Blankenship and Garry Scott Kevwitch were married at the time of the USS Cole attack. They are currently divorced but because of the USS Cole attack

and Garry Scott Kevwitch's subsequent injuries, Kimberly Blankenship has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.173    Plaintiff Jean Klien is a United States citizen and currently resides in Germany. Jean Klien is Garry Scott Kevwitch's mother.  Because of the USS Cole attack and Garry Scott Kevwitch's subsequent injuries, Jean Klien has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.174    Plaintiff Garry Kevwitch, Sr. is a United States citizen and currently resides in the state of Florida. Garry Kevwitch, Sr. is Garry Scott Kevwitch's father.  Because of the USS Cole attack and Garry Scott Kevwitch's subsequent injuries, Garry Kevwitch, Sr. has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.175    Plaintiff LouAnne Kevwitch is a United States citizen and currently resides in the state of Florida. LouAnne Kevwitch is Garry Scott Kevwitch's step-mother.  Because of the USS Cole attack and Garry Scott Kevwitch's subsequent injuries, LouAnne Kevwitch has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.176    Plaintiff Ashlee Begrowitz is a United States citizen and currently resides in the state of Michigan. Ashlee Begrowitz is Garry Scott Kevwitch's daughter.  Because of the USS Cole attack and Garry Scott Kevwitch's subsequent injuries, Ashlee Begrowitz has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.177    Plaintiff Jonathan Kevwitch is a United States citizen and currently resides in the state of Texas Jonathan Kevwitch is Garry Scott Kevwitch's son.  Because of the USS Cole attack and Garry Scott Kevwitch's subsequent injuries, Jonathan Kevwitch has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.178**    Plaintiff Jenica Kevwitch is a United States citizen and currently resides in the state of Arizona. Jenica Kevwitch is Garry Scott Kevwitch's brother.  Because of the USS Cole attack and Garry Scott Kevwitch's subsequent injuries, Jenica Kevwitch has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## PP.    George Kohn

**4.179**    Plaintiff George Kohn is a United States citizen and currently resides in the state of North Carolina.  Kohn served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Sonar Technician 3rd Class Kohn was in the work space in NIXIE with STG3 Kudrik and STG2 McPeters.  After the blast, he helped injured sailors get to medical treatment and assisted with body removal.  The VA assigned Kohn a 100% rating for PTSD, TBI, anxiety, depression, and physical injuries.

## QQ.   The Jennifer Kudrik Family

**4.180**    Plaintiff Jennifer Kudrik is a United States citizen and currently resides in the state of North Carolina.  Kudrik served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Sonar Technician 3rd Class Kudrik was in the work space in NIXIE with STG3 Kohn and STG2 McPeters.  After the blast, Kudrik helped the injured sailors and stood watch.  The VA assigned Kudrik an 80% rating for PTSD and tinnitus.

**4.181**    Plaintiff Julia Wallis is a United States citizen and currently resides in the state of North Carolina. Julia Wallis is Jennifer Kudrik's mother.  Because of the USS Cole attack and Jennifer Kudrik's subsequent injuries, Julia Wallis has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

61

**4.182**    Plaintiff Robert Wallis is a United States citizen and currently resides in the state of North Carolina. Robert Wallis is Jennifer Kudrik's father.  Because of the USS Cole attack and Jennifer Kudrik's subsequent injuries, Robert Wallis has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.183**    Plaintiff Laura Carter is a United States citizen and currently resides in the state of North Carolina. Laura Carter is Jennifer Kudrik's sister.  Because of the USS Cole attack and Jennifer Kudrik's subsequent injuries, Laura Carter has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.184**    Plaintiff Holly Tandy is a United States citizen and currently resides in the state of North Carolina. Holly Tandy is Jennifer Kudrik's sister.  Because of the USS Cole attack and Jennifer Kudrik's subsequent injuries, Holly Tandy has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## RR.   The Tremane Lide Family

**4.185**    Tremane Lide was a Plaintiff in *Gunn*. *Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (Judge Contreras).  Lide is a United States citizen and currently resides in the State of Virginia. Lide served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Lide was on the very top of the ship near the Harpoon missiles. Because of the force of the explosion and the overall trauma he experienced during the Cole attack, Lide currently suffers from hearing loss and Post-Traumatic Stress Disorder (PTSD). Lide is rated 40% disabled by the VA.

**4.186**    Plaintiff Sandra Lide is a United States citizen and currently resides in the state of Virginia. Sandra Lide is Tremane Lide's wife.  Because of the USS Cole attack and Tremane

Lide's subsequent injuries, Sandra Lide has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.187    Plaintiff Briahna Lide is a United States citizen and currently resides in the state of Texas. Briahna Lide is Tremane Lide's daughter.  Because of the USS Cole attack and Tremane Lide's subsequent injuries, Briahna Lide has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.188    Plaintiff Calista Lide is a United States citizen and currently resides in the state of Virginia. Calista Lide is Tremane Lide's daughter.  Because of the USS Cole attack and Tremane Lide's subsequent injuries, Calista Lide has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.189    Plaintiff Yvonne Lide is a United States citizen and currently resides in the state of Virginia. Yvonne Lide is Tremane Lide's mother.  Because of the USS Cole attack and Tremane Lide's subsequent injuries, Yvonne Lide has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.190    Plaintiff Myles Lide is a United States citizen and currently resides in the state of Pennsylvania. Myles Lide is Tremane Lide's brother.  Because of the USS Cole attack and Tremane Lide's subsequent injuries, Myles Lide has suffered from mental anguish, bereavement, grief, and loss of society and comfort

## SS.    The Jennifer Erin Long Family

4.191    Plaintiff Jennifer Erin Long is a United States citizen and currently resides in the state of Massachusetts.  Long served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Gunner's Mate 2nd Class Long was standing in the chow line in the mess.  After the explosion, Long stood guard manning a

.50 caliber aft gun mount to protect against further attacks.  She received a Navy and Marine Corps Achievement Medal for her service in the wake of the attack.  The VA has assigned her a 60% rating for PTSD and tinnitus.

**4.192**    Plaintiff Leha Long is a United States citizen and currently resides in the state of California. Leha Long is Erin Long's sister.  Because of the USS Cole attack and Erin Long's subsequent injuries, Leha Long has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**TT.   The Margaret Lopez Family**

**4.193**    Margaret Lopez was a Plaintiff in *Gunn*. *Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (Judge Contreras).  Lopez is a United States citizen and currently resides in the State of Texas. Lopez served in the United States Navy and was stationed aboard USS Cole at the time of the attack. Prior to the bombing, Lopez was stationed below the main deck in the oil lab, located at the water line. The force of the explosion and ensuing shrapnel caused Lopez to suffer second and third degree burns resulting in permeant scars, blunt force trauma, and whiplash. Lopez also ruptured the tympanic membrane in both ears causing permanent hearing loss. Because of these injuries, Lopez required extensive medical treatment. Lopez currently suffers from PTSD, severe migraines, and the VA has deemed her 100% disabled.

**4.194**    Plaintiff Daniel Halverson is a United States citizen and currently resides in the state of Virginia. Daniel Halverson is Margaret Lopez's son.  Because of the USS Cole attack and Margaret Lopez's subsequent injuries, Daniel Halverson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.195**    Plaintiff Andrea Lopez is a United States citizen and currently resides in the state of Virginia. Andrea Lopez is Margaret Lopez's daughter.  Because of the USS Cole attack and Margaret Lopez's subsequent injuries, Andrea Lopez has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**UU.   The Nicole Lozano Family**

**4.196**    Plaintiff Nicole Lozano is a United States citizen and currently resides in the state of Virginia.  Lozano served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Personnelman 3rd Class Lozano was in the administrative office sending emails.  After the explosion, Lozano helped with the injured and stood guard.  As a result of the bombing, Lozano has experienced PTSD and panic attacks.

**4.197**    Plaintiff Delores Lozano is a United States citizen and currently resides in the state of Virginia. Delores Lozano is Nicole Lozano's mother.  Because of the USS Cole attack and Nicole Lozano's subsequent injuries, Delores Lozano has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.198**    Plaintiff Pablo Lozano is a United States citizen and currently resides in the state of Virginia. Pablo Lozano is Nicole Lozano's brother.  Because of the USS Cole attack and Nicole Lozano's subsequent injuries, Pablo Lozano has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.199**    Plaintiff Selicia Seal is a United States citizen and currently resides in the state of Virginia. Selicia Seal is Nicole Lozano's sister.  Because of the USS Cole attack and Nicole Lozano's subsequent injuries, Selicia Seal has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## VV.   The Deon Mack Family

**4.200**   Deon Mack was a Plaintiff in *Taitt*. *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras).   Deon Mack is a United States citizen and currently resides in the State of Florida. Petty Officer First Class Mack served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Mack was in chow line at the ship's mess hall. After the ensuing explosion, Mack was knocked to the ground. During the post-explosion chaos, Mack witnessed numerous disfigured body parts belonging to his fellow sailors and a horrifying amount of blood and guts. Because of this specific memory and the overall trauma he experienced during the Cole attack, Mack currently suffers from PTSD. This condition is rated 30% disabling by the VA.

**4.201**   Plaintiff Kymy Simpson is a United States citizen and currently resides in the state of Florida.  Kymy Simpson and Deon Mack were married at the time of the USS Cole attack. They are currently divorced but because of the USS Cole attack and Deon Mack's subsequent injuries, Kymy Simpson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.202**   Plaintiff Avery Williams is a United States citizen and currently resides in the state of Florida. Avery Williams is Deon Mack's step-son.  Because of the USS Cole attack and Deon Mack's subsequent injuries, Avery Williams has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.203**   Plaintiff Tatanisha Bing is a United States citizen and currently resides in the state of Florida. Tatanisha Bing is Deon Mack's sister.  Because of the USS Cole attack and Deon Mack's subsequent injuries, Tatanisha Bing has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

66

**4.204**    Plaintiff Errin Lloyd is a United States citizen and currently resides in the state of Florida. Errin Lloyd is Deon Mack's sister.  Because of the USS Cole attack and Deon Mack's subsequent injuries, Errin Lloyd has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.205**    Plaintiff Tamika Lloyd is a United States citizen and currently resides in the state of Florida. Tamika Lloyd is Deon Mack's sister.  Because of the USS Cole attack and Deon Mack's subsequent injuries, Tamika Lloyd has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.206**    Plaintiff Sharon Mack is a United States citizen and currently resides in the state of Florida. Sharon Mack is Deon Mack's sister.  Because of the USS Cole attack and Deon Mack's subsequent injuries, Sharon Mack has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.207**    Plaintiff Prescilla Smith is a United States citizen and currently resides in the state of Florida. Prescilla Smith is Deon Mack's sister.  Because of the USS Cole attack and Deon Mack's subsequent injuries, Prescilla Smith has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**WW. Scott McAdams**

**4.208**    Plaintiff Scott McAdams is a United States citizen and currently resides in the state of New Jersey.  McAdams served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Fire Controlman 3rd Class McAdams was in the Inside Combat Information Center on the starboard side.  Following the blast, McAdams helped injured sailors and maintained security watch.  The VA assigned McAdams a 30% disability rating for PTSD.

## XX.  The Kenya McCarter Family

**4.209**    Plaintiff Kenya McCarter is a United States citizen and currently resides in the state of Illinois.  McCarter served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, McCarter was in the forward gym working out.  After the blast, McCarter stood armed guard against further attacks and saw many of the severely injured and deceased sailors. He suffered a broken foot and a back injury in the blast and battles PTSD and depression.

**4.210**    Plaintiff Bernistine McCarter is a United States citizen and currently resides in the state of Illinois. Bernistine McCarter is Kenya McCarter's mother.  Because of the USS Cole attack and Kenya McCarter's subsequent injuries, Bernistine McCarter has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.211**    Ena Coward is a United States citizen and currently resides in the state of Florida. Ena Coward is Kenya McCarter's sister.  Because of the USS Cole attack and Kenya McCarter's subsequent injuries, Ena Coward has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## YY.  The Keelta Mills Family

**4.212**    Keelta Mills was a Plaintiff in *Taitt. Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras).  Keelta Mills is a United States citizen and currently resides in the State of Virginia. Seaman Apprentice Mills served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Mills had just been relieved from watch duty. Thereafter, she was ordered to her battle station to assist sailors injured from the attack. Accordingly, Mills witnessed many of her fellow sailors suffering from severe physical injuries. Furthermore, she witnessed many deceased

sailors, including the mangled bodies of two of her best friends folded inside a collapsed bulkhead. Because of these specific memories and the overall trauma she experienced during the Cole attack, Mills currently suffers from PTSD. This condition is rated 90% disabling by the VA and causes Mills to frequently suffer from insomnia.

**4.213**    Plaintiff Damien Mills is a United States citizen and currently resides in the state of New York. Damien Mills is Keelta Mills' brother. Because of the USS Cole attack and Keelta Mills' subsequent injuries, Damien Mills has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.214**    Plaintiff Delvania Mills is a United States citizen and currently resides in the state of Virginia. Delvania Mills is Keelta Mills' brother. Because of the USS Cole attack and Keelta Mills' subsequent injuries, Delvania Mills has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**ZZ.**        **The Bryan Mitchell Family**

**4.215**    Bryan Mitchell, Sr. was a Plaintiff in *Taitt. Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras). Mitchell is a United States citizen and currently resides in the State of Wisconsin. Petty Officer Second Class Mitchell served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Mitchell had just finished emailing his wife. Thereafter, Mitchell was ordered to his battle station. He then put on his equipment and began to help gather the bodies of fallen sailors throughout the ship. Mitchell also helped transport injured sailors who needed urgent medical attention. Because of these specific memories and the overall trauma he experienced during the Cole attack, Mitchell currently suffers from PTSD, anxiety, depression, and panic attacks. Mitchell's PTSD is rated 70% disabling by the VA.

69

**4.216**    Plaintiff Bryan Mitchell, Jr. is a United States citizen and currently resides in the state of Texas. Bryan Mitchell, Jr. is Bryan Mitchell's son.  Because of the USS Cole attack and Bryan Mitchell's subsequent injuries, Bryan Mitchell, Jr. has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.217**    Plaintiff Bryanna Mitchell is a United States citizen and currently resides in the state of Tennessee. Bryanna Mitchell is Bryan Mitchell's daughter.  Because of the USS Cole attack and Bryan Mitchell's subsequent injuries, Bryanna Mitchell has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.218**    Plaintiff Eireal Mitchell is a United States citizen and currently resides in the state of Texas. Eireal Mitchell is Bryan Mitchell's daughter.  Because of the USS Cole attack and Bryan Mitchell's subsequent injuries, Eireal Mitchell has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.219**    Plaintiff Dorothy Mitchell is a United States citizen and currently resides in the state of Wisconsin. Dorothy Mitchell is Bryan Mitchell's mother.  Because of the USS Cole attack and Bryan Mitchell's subsequent injuries, Dorothy Mitchell has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.220**    Plaintiff Allen Mitchell is a United States citizen and currently resides in the state of South Carolina. Allen Mitchell is Bryan Mitchell's brother.  Because of the USS Cole attack and Bryan Mitchell's subsequent injuries, Allen Mitchell has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.221**    Plaintiff Eric Mitchell is a United States citizen and currently resides in the state of Wisconsin. Eric Mitchell is Bryan Mitchell's brother.  Because of the USS Cole attack

and Bryan Mitchell's subsequent injuries, Eric Mitchell has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.222**    Plaintiff Tony Mitchell is a United States citizen and currently resides in the state of Texas. Tony Mitchell is Bryan Mitchell's brother.  Because of the USS Cole attack and Bryan Mitchell's subsequent injuries, Tony Mitchell has suffered from mental anguish, bereavement, grief, and loss of society and comfort

**4.223**    Plaintiff Treba Dismuke is a United States citizen and currently resides in the state of Texas. Treba Dismuke is Bryan Mitchell's sister.  Because of the USS Cole attack and Bryan Mitchell's subsequent injuries, Treba Dismuke has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**AAA.**        **The Kay Moore Family**

**4.224**    Kay Moore was a Plaintiff in *Gunn*. *Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (Judge Contreras).  Kay Moore (formerly Kesha Stidham) is a United States Citizen and currently resides in the State of Ohio. Moore served in the United States Navy and was stationed aboard USS Cole at the time of the attack. Prior to the bombing, Moore was located in the outside gallery near the end of the mess line. The force of the explosion and ensuing shrapnel caused Moore to suffer severe and permanent injuries. These injuries include broken ribs, a ruptured tympanic membrane in both ears causing permanent hearing loss, and shrapnel wounds to the face causing permanent scars. Because of these injuries, Moore has undergone extensive medical treatment. Additionally, Moore currently suffers from PTSD and struggles to maintain consistent employment as a result.

**4.225**    Plaintiff Rustin Galindo is a United States citizen and currently resides in the state of Texas. Rustin Galindo is Kay Moore's brother.  Because of the USS Cole attack and

Kay Moore's subsequent injuries, Rustin Galindo has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**BBB.        The Aaron Morgan Family**

4.226    Aaron Morgan was a Plaintiff in *Taitt*. *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras). Morgan is a United States citizen and currently resides in the State of Mississippi. Petty Officer First Class Morgan served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. At the time of the bombing, Morgan was attending a moral welfare and recreation meeting in the ship classroom. The classroom was located approximately 100 feet from the blast under the water line. Because of this specific memory and the overall trauma he experienced during the Cole attack, Morgan currently suffers from mental anguish.

4.227    Plaintiff Rogina Morgan is a United States citizen and currently resides in the state of Mississippi. Rogina Morgan and Aaron Morgan were married at the time of the USS Cole attack. They are currently divorced but because of the USS Cole attack and Aaron Morgan's subsequent injuries, Rogina Morgan has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.228    Plaintiff Aaron Morgan, Jr. is a United States citizen and currently resides in the state of Tennessee. Aaron Morgan, Jr. is Aaron Morgan's son. Because of the USS Cole attack and Aaron Morgan's subsequent injuries, Aaron Morgan, Jr. has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.229    Plaintiff Aariana Morgan is a United States citizen and currently resides in the state of South Carolina. Aariana Morgan is Aaron Morgan's daughter. Because of the USS

Cole attack and Aaron Morgan's subsequent injuries, Aariana Morgan has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.230**    Plaintiff Elizabeth Sanders is a United States citizen and currently resides in the state of Mississippi. Elizabeth Sanders is Aaron Morgan's mother.  Because of the USS Cole attack and Aaron Morgan's subsequent injuries, Elizabeth Sanders has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.231**    Plaintiff Deloris Morgan is a United States citizen and currently resides in the state of Mississippi. Deloris Morgan is Aaron Morgan's mother.  Because of the USS Cole attack and Aaron Morgan's subsequent injuries, Deloris Morgan has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.232**    Plaintiff Alisha Jefferson is a United States citizen and currently resides in the state of Arkansas. Alisha Jefferson is Aaron Morgan's sister.  Because of the USS Cole attack and Aaron Morgan's subsequent injuries, Alisha Jefferson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.233**    Plaintiff Arras Martin is a United States citizen and currently resides in the state of Wisconsin. Arras Martin is Aaron Morgan's brother.  Because of the USS Cole attack and Aaron Morgan's subsequent injuries, Arras Martin has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.234**    Plaintiff Issac Morgan is a United States citizen and currently resides in the state of Georgia. Issac Morgan is Aaron Morgan's brother.  Because of the USS Cole attack and Aaron Morgan's subsequent injuries, Issac Morgan has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.235**    Plaintiff Jason Morgan is a United States citizen and currently resides in the state of Mississippi. Jason Morgan is Aaron Morgan's brother.  Because of the USS Cole attack and Aaron Morgan's subsequent injuries, Jason Morgan has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.236**    Plaintiff Marcus Morgan is a United States citizen and currently resides in the state of Mississippi. Marcus Morgan is Aaron Morgan's brother.  Because of the USS Cole attack and Aaron Morgan's subsequent injuries, Marcus Morgan has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.237**    Plaintiff Anthony Sanders is a United States citizen and currently resides in the state of Mississippi. Anthony Sanders is Aaron Morgan's brother.  Because of the USS Cole attack and Aaron Morgan's subsequent injuries, Anthony Sanders has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.238**    Plaintiff Erica Sanders is a United States citizen and currently resides in the state of Arkansas. Erica Sanders is Aaron Morgan's sister.  Because of the USS Cole attack and Aaron Morgan's subsequent injuries, Erica Sanders has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.239**    Plaintiff Larry Sanders is a United States citizen and currently resides in the state of Mississippi. Larry Sanders is Aaron Morgan's brother.  Because of the USS Cole attack and Aaron Morgan's subsequent injuries, Larry Sanders has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.240**    Plaintiff Rhonda Sanders-Jeffries is a United States citizen and currently resides in the state of Mississippi. Rhonda Sanders-Jeffries is Aaron Morgan's brother.

Because of the USS Cole attack and Aaron Morgan's subsequent injuries, Rhonda Sanders-Jeffries has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**CCC.        The Jaja O'Neil Family**

**4.241**    Jaja O'Neil was a Plaintiff in *Taitt*. *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras).  O'Neil is a United States citizen and currently resides in the State of Virginia. O'Neil served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, O'Neil had just walked past the blast site and was in the ship's Combat Information Center. Thereafter, O'Neil was thrown against the overhead compartment and hit his head, shoulders, and back. O'Neil then landed against the ship floor with significant force. While struggling with a disorienting post-blast headache and earache, O'Neil was ordered to go to either the General Orders Station or Battle Stations. O'Neil later gave another sailor his shotgun and began to help extracting the injured and deceased. While performing this duty, O'Neil witnessed the mangled bodies of numerous sailors. Because of these specific memories and the overall trauma he experienced during the Cole attack, O'Neil currently suffers from PTSD, sleep apnea, joint pain, and migraines. O'Neil is rated 80% disabled by the VA.

**4.242**    Plaintiff Johnathan Baker is a United States citizen and currently resides in the state of Illinois. Johnathan Baker is Jaja O'Neil's son.  Because of the USS Cole attack and Jaja O'Neil's subsequent injuries, Johnathan Baker has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.243**    Plaintiff Gae Lauren Schell is a United States citizen and currently resides in the state of Illinois. Gae Lauren Schell is Jaja O'Neil's aunt who raised him like a mother.

Because of the USS Cole attack and Jaja O'Neil's subsequent injuries, Gae Lauren Schell has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.244    Plaintiff Lion O'Neil is a United States citizen and currently resides in the state of Texas. Lion O'Neil is Jaja O'Neil's cousin, with whom he was raised, who is the functional equivalent of his brother.  Because of the USS Cole attack and Jaja O'Neil's subsequent injuries, Lion O'Neil has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.245    Plaintiff Fordnanette O'Neil-Benodin is a United States citizen and currently resides in the state of Illinois. Fordnanette O'Neil-Benodin is Jaja O'Neil's sister.  Because of the USS Cole attack and Jaja O'Neil's subsequent injuries, Fordnanette O'Neil-Benodin has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.246    Plaintiff Hemiene O'Neil-William is a United States citizen and currently resides in the state of Texas. Hemiene O'Neil-William is Jaja O'Neil's cousin. with whom he was raised. who is the functional equivalent of his sister.  Because of the USS Cole attack and Jaja O'Neil's subsequent injuries, Hemiene O'Neil-William has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.247    Plaintiff Jagua O'Neil is a United States citizen and currently resides in the state of Texas. Jagua O'Neil is Jaja O'Neil's cousin, with whom he was raised, who is the functional equivalent of his sister.  Because of the USS Cole attack and Jaja O'Neil's subsequent injuries, Jagua O'Neil has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.248    Plaintiff Darrel Toles is a United States citizen and currently resides in the state of Tennessee. Darrel Toles is Jaja O'Neil's cousin, with whom he was raised, who is the

76

functional equivalent of his brother.  Because of the USS Cole attack and Jaja O'Neil's subsequent injuries, Darrel Toles has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**DDD.        The Marlon O'Neil Family**

**4.249**    Marlon O'Neil was a Plaintiff in *Taitt. Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras).  O'Neil is a United States citizen and currently resides in the State of South Carolina. Petty Officer First Class O'Neil served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, O'Neil was in the ship's administration office sending emails to his family. During the ensuing explosion, O'Neil was able to move to the General Quarters station and take shelter. However, the force of the explosion caused O'Neil to develop migraine headaches. O'Neil also suffers from PTSD as a result of the attack and is rated 100% disabled by the VA.

**4.250**    Plaintiff Lamar O'Neil is a United States citizen and currently resides in the state of South Carolina. Lamar O'Neil is Marlon O'Neil's son.  Because of the USS Cole attack and Marlon O'Neil's subsequent injuries, Lamar O'Neil has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**EEE.        The Robert Overturf Family**

**4.251**    Plaintiff Robert Overturf is a United States citizen and currently resides in the state of Virginia.  Overturf served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Lieutenant Junior Grade Overturf had just completed sea and anchor detail and was going to his room after being awake for 30 hours. The blast slammed Overturf into a steel desk hitting his upper back and head causing a spreading numb feeling through his upper torso.  In the wake of the blast, Overturf coordinated

fire and flood investigation teams.  He received a Navy and Marine Corps Commendation Medal for his efforts.  The VA assigned a 100% disability rating for bilateral upper and lower body radiculopathy, intervertebral disc syndrome, and severe PTSD.

**4.252**   Plaintiff Denice Overturf is a United States citizen and currently resides in the state of Kentucky.  Denice Overturf and Robert Overturf were married at the time of the USS Cole attack. They are currently divorced but because of the USS Cole attack and Robert Overturf's subsequent injuries, Denice Overturf has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.253**   Plaintiff Morgan Overturf is a United States citizen and currently resides in the state of Arizona. Morgan Overturf is Robert Overturf's daughter.  Because of the USS Cole attack and Robert Overturf's subsequent injuries, Morgan Overturf has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.254**   Plaintiff Yasien Omran is a United States citizen and currently resides in the state of Kentucky. Yasien Omran is Robert Overturf's step-son.  Because of the USS Cole attack and Robert Overturf's subsequent injuries, Yasien Omran has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**FFF.**         **The James Parlier Family**

**4.255**   James Parlier was a Plaintiff in *Gunn*. *Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (Judge Contreras).  Parlier is a United States citizen and currently resides in the State of North Carolina. Command Master Chief Parlier served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Parlier was in the ship training room for a meeting and sat approximately hundred (100) feet from the blast area. When the blast occurred, Parlier felt the ship lift up out of the

water. After regaining his composure, Parlier rushed to the blast site to assist other sailors. For instance, Parlier provided CPR to the late Craig Wibberley and was tragically unable to revive him. Additionally, Parlier performed CPR on approximately forty (40) other injured sailors. Because of this specific memory and the overall trauma he experienced during the Cole attack, Parlier currently suffers from PTSD. Parlier is rated 80% disabled by the VA.

 4.256   Plaintiff Charity Burnett is a United States citizen and currently resides in the state of Arizona. Charity Burnett is James Parlier's daughter.  Because of the USS Cole attack and James Parlier's subsequent injuries, Charity Burnett has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

 4.257   Plaintiff Barbara Williams is a United States citizen and currently resides in the state of North Carolina. Barbara Williams is James Parlier's sister.  Because of the USS Cole attack and James Parlier's subsequent injuries, Barbara Williams has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**GGG.      The Adrian Payne Family**

 4.258   Adrian Payne was a Plaintiff in *Taitt*. *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras).  Payne is a United States citizen and currently resides in the State of Tennessee. Petty Officer First Class Payne served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Payne was on the middle deck of the ship. Thereafter, he was ordered to search the ship for bodies to identify the deceased and offer medical assistance to surviving sailors. Accordingly, Payne witnessed numerous mangled bodies, including the decapitated head of one of his fellow sailors lying in a sink. Moreover, Payne was forced to "decide who to help and who to leave for dead." Because of these specific memories and the overall carnage he witnessed during the

Cole attack, Payne currently suffers from PTSD. Payne was rated 100% disabled by the VA, and his PTSD causes him to frequently wake up in the middle of the night due to terrible nightmares. To help alleviate the severity of this condition, Payne sought psychological treatment through a two-week intensive care program for injured veterans.

**4.259**    Plaintiff Willie Eva Payne is a United States citizen and currently resides in the state of Mississippi. Willie Eva Payne is Adrian Payne's mother.  Because of the USS Cole attack and Adrian Payne's subsequent injuries, Willie Eva Payne has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.260**    Plaintiff Philip Collins, III is a United States citizen and currently resides in the state of Florida. Philip Collins, III is Adrian Payne's step-son.  Because of the USS Cole attack and Adrian Payne's subsequent injuries, Philip Collins, III has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.261**    Plaintiff Silas Shackelford is a United States citizen and currently resides in the state of California. Silas Shackelford is Adrian Payne's brother.  Because of the USS Cole attack and Adrian Payne's subsequent injuries, Silas Shackelford has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.262**    Plaintiff Bernita Fountain is a United States citizen and currently resides in the state of Mississippi. Bernita Fountain is Adrian Payne's sister.  Because of the USS Cole attack and Adrian Payne's subsequent injuries, Bernita Fountain has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.263**    Plaintiff Candras Shackelford is a United States citizen and currently resides in the state of Texas. Candras Shackelford is Adrian Payne's sister.  Because of the USS Cole

attack and Adrian Payne's subsequent injuries, Candras Shackelford has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**HHH.        The Danny Phelps, Jr. Family**

4.264    Plaintiff Danny Phelps, Jr. is a United States citizen and currently resides in the state of Virginia.  Phelps served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Gunner's Mate 3rd Class Phelps was walking to berthing to change his uniform about tying up the refueling vessel.  The enormous explosion a few yards away threw Phelps into the bulkhead. He was concussed, badly bruised, and experienced hearing loss.  Immediately after the blast, he helped SN Stidham and continued to assist with the wounded and deceased sailors.  The VA assigned Phelps a 100% disability rating for his injuries, including severe PTSD.

4.265    Plaintiff Danny Phelps, Sr. is a United States citizen and currently resides in the state of Kansas. Danny Phelps, Sr. is Danny Phelps, Jr.'s father.  Because of the USS Cole attack and Danny Phelps, Jr.'s subsequent injuries, Danny Phelps, Sr. has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.266    Plaintiff Sandra Phelps is a United States citizen and currently resides in the state of Kansas. Sandra Phelps is Danny Phelps, Jr.'s mother.  Because of the USS Cole attack and Danny Phelps, Jr.'s subsequent injuries, Sandra Phelps has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.267    Plaintiff Timothy Phelps is a United States citizen and currently resides in Guam. Timothy Phelps is Danny Phelps, Jr.'s brother.  Because of the USS Cole attack and Danny Phelps, Jr.'s subsequent injuries, Timothy Phelps has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.268**    Plaintiff Mary Scheusner is a United States citizen and currently resides in the state of Rhode Island.  Mary Scheusner is Danny Phelps, Jr.'s sister.  Because of the USS Cole attack and Danny Phelps, Jr.'s subsequent injuries, Mary Scheusner has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.269**    Plaintiff Deanna Simanowitz is a United States citizen and currently resides in the state of Maryland. Deanna Simanowitz is Danny Phelps, Jr.'s sister.  Because of the USS Cole attack and Danny Phelps, Jr.'s subsequent injuries, Deanna Simanowitz has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**III.        The Jason Phillips Family**

**4.270**    Jason Phillips was a Plaintiff in *Gunn*. *Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (Judge Contreras).   Phillips is a United States Citizen and currently resides in the State of Pennsylvania. Engineman Third Class Phillips served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the attack, Phillips was exercising on the treadmill following his relief from working in the gallery. Immediately after the blast, Phillips fell off the treadmill and hit the wall behind him. The auxiliary and main lights on the Cole then shut off. Phillips rushed to the front firefighting station and heard his fellow sailors screaming. Thereafter, Phillips stepped in spilt fuel oil on the main space of the ship and developed a foot infection. Because of his traumatic experience aboard the Cole, Jason Phillips currently suffers from PTSD and is rated 50% disabled by the VA.

**4.271**    Plaintiff Bryan Phillips is a United States citizen and currently resides in the state of Pennsylvania. Bryan Phillips is Jason Phillips' brother.  Because of the USS Cole

attack and Jason Phillips' subsequent injuries, Bryan Phillips has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**JJJ.**        **The Mikal Phillips Family**

4.272    Plaintiff Mikal Phillips is a United States citizen and currently resides in the state of Virginia. Phillips served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Lieutenant Junior Grade Phillips had just been relieved from watch in Combat Systems Maintenance Central and walked back to his stateroom to check email. Phillips coordinated care for the wounded in the aftermath. He received a Navy and Marine Corps Commendation Medal for his work. The VA has assigned Phillips a 100% disability rating, including sarcoidosis that developed as a result of the chemical exposure from the blast.

4.273    Plaintiff Joseph Phillips is a United States citizen and currently resides in the state of Arizona. Joseph Phillips is Mikal Phillips' father. Because of the USS Cole attack and Mikal Phillips' subsequent injuries, Joseph Phillips has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.274    Plaintiff Elizabeth Phillips is a United States citizen and currently resides in the state of Arizona. Elizabeth Phillips is Mikal Phillips' mother. Because of the USS Cole attack and Mikal Phillips' subsequent injuries, Elizabeth Phillips has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.275    Plaintiff Stacee Phillips is a United States citizen and currently resides in the state of South Carolina. Stacee Phillips is Mikal Phillips' sister. Because of the USS Cole attack and Mikal Phillips' subsequent injuries, Stacee Phillips has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**KKK.    The Amaury Ponciano Family**

**4.276**    Plaintiff Amaury Ponciano is a United States citizen and currently resides in the state of Maryland.  Ponciano served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Information Systems Technician Ponciano was waiting in line to get lunch on the mess deck.  Ponciano assisted with damage control efforts, including flood containment as well as removing the personal effects from the pockets of deceased sailors.  Ponciano has been diagnosed with a TBI and PTSD and received ongoing treatment since 2001.

**4.277**    Plaintiff Ursula Colon is a United States citizen and currently resides in the state of Florida. Ursula Colon is Amaury Ponciano's mother.  Because of the USS Cole attack and Amaury Ponciano's subsequent injuries, Ursula Colon has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**LLL.    The Gregory Powe Family**

**4.278**    Plaintiff Gregory Powe is a United States citizen and currently resides in the state of Maryland.  Powe served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Operations Specialist 2nd Class Powe was resting in berthing after completing his navigation detail.  The explosion threw Powe to the floor and he hit his head and back.  In the wake of the attack, Powe helped move the injured and deceased to appropriate areas of the ship.  The VA assigned Powe a 100$ disability rating for PTSD, TBI, headaches, and anger issues.

**4.279**    Plaintiff Loretha Powe is a United States citizen and currently resides in the state of Virginia.  Loretha Powe and Gregory Powe were married at the time of the USS Cole attack. They are currently divorced but because of the USS Cole attack and Gregory Powe's

subsequent injuries, Loretha Powe has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.280**    Plaintiff Curtis Clark is a United States citizen and currently resides in the state of South Carolina. Curtis Clark is Gregory Powe's father.  Because of the USS Cole attack and Gregory Powe's subsequent injuries, Curtis Clark has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.281**    Plaintiff Gwendolyn Clark is a United States citizen and currently resides in the state of Maryland. Gwendolyn Clark is Gregory Powe's mother.  Because of the USS Cole attack and Gregory Powe's subsequent injuries, Gwendolyn Clark has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.282**    Plaintiff Sabrie Powe is a United States citizen and currently resides in the state of Virginia. Sabrie Powe is Gregory Powe's daughter.  Because of the USS Cole attack and Gregory Powe's subsequent injuries, Sabrie Powe has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.283**    Plaintiff Gary Powe is a United States citizen and currently resides in the state of Virginia. Gary Powe is Gregory Powe's son.  Because of the USS Cole attack and Gregory Powe's subsequent injuries, Gary Powe has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**MMM.**    **Marion Presbery**

**4.284**    Plaintiff Marion Presbery is a United States citizen and currently resides in the state of Virginia.  Presbery served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Gas Turbines System Technician Presbery was working on refueling the ship.  The blast knocked Presbery off of his feet.  He helped tend

to the injured in a makeshift hospital in the laundry room, where he saw many gruesome injuries to his friends and fellow sailors.  Presbery received a Navy and Marine Corps Commendation Medal for his service after the attack.  The VA assigned Presbery an 80% disability rating, including PTSD and alcohol-related self-medication issues.

**NNN.    The Michael Proctor Family**

**4.285**    Michael Proctor was a Plaintiff in *Taitt*. *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras).  Proctor is a United States citizen and currently resides in the State of Maryland. Petty Officer Third Class Proctor served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. As a result of the attack, Proctor was hit by shrapnel and knocked unconscious. After he regained consciousness, Proctor noticed that several of his fellow sailors were deceased and their bodies were lying on top of him.   In  fact, nearby sailors had to help remove these bodies before Proctor could stand. Additionally, Proctor ultimately underwent lower back surgery to remove the embedded shrapnel. Because of the USS Cole attack, Proctor currently suffers from post-traumatic stress disorder (PTSD), a TBI, depression, and anxiety. He is rated 80% disabled by the VA.

**4.286**    Plaintiff Nicheall Proctor is a United States citizen and currently resides in the state of Virginia. Nicheall Proctor is Michael Proctor's son.  Because of the USS Cole attack and Michael Proctor's subsequent injuries, Nicheall Proctor has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**OOO.    The Tiffany Putman Family**

**4.287**    Tiffany Putman was a Plaintiff in *Taitt*. *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras).  Putman is a United States citizen and

currently resides in the State of South Carolina. Chief Petty Officer Putman served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Putman was walking past the ship's post office. The force of the ensuing explosion knocked Putman unconscious. When she awoke, Putman was being dragged down the hall by her fellow sailors. As a result of the attack, Putman suffers from hearing loss in her right ear, PTSD, depression, and anxiety. Putman received a Purple Heart and is rated 90% disabled by the VA.

4.288    Plaintiff Shawn Putman is a United States citizen and currently resides in the state of South Carolina. Shawn Putman is Tiffany Putman's husband. Because of the USS Cole attack and Tiffany Putman's subsequent injuries, Shawn Putman has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.289    Plaintiff Cheryl Wilkins is a United States citizen and currently resides in the state of New Jersey. Cheryl Wilkins is Tiffany Putman's mother. Because of the USS Cole attack and Tiffany Putman's subsequent injuries, Cheryl Wilkins has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.290    Plaintiff Jennifer Holland is a United States citizen and currently resides in the state of Ohio. Jennifer Holland is Tiffany Putman's mother. Because of the USS Cole attack and Tiffany Putman's subsequent injuries, Jennifer Holland has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**PPP.    Chris Regal**

4.291    Plaintiff Chris Regal is a United States citizen and currently resides in the state of California. Regal served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Hull Maintenance Technician 2nd Class Regal

87

was cleaning the aft passageway preparing for inspection. Regal sustained spinal injuries during the blast. After the blast, Regal led emergency response efforts and rescued many trapped sailors. Then he contained a significant fuel leak and contained flooding of the ship. Regal also carried the bodies of many of his fallen fellow sailors out of the galley. He received the Navy and Marine Corps Medal for his valiant service after the attack. The VA has assigned Regal a 100% disability rating for a fractured disc necessitating surgery and associated radiculopathy.

**QQQ.    The Tara Regal Family**

**4.292**    Plaintiff Tara Regal is a United States citizen and currently resides in the state of California. Regal served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Sonar Technician 3rd Class Regal was standing outside of the CMC office. The explosion knocked her off of her feet and she had a laceration to her head. Regal performed security detail and part of the overnight bucket brigade. She has been diagnosed with PTSD from the attack and still has nightmares.

**4.293**    Plaintiff Jennifer Carter is a United States citizen and currently resides in the state of Colorado. Jennifer Carter is Tara Regal's sister. Because of the USS Cole attack and Tara Regal's subsequent injuries, Jennifer Carter has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.294**    Shavar Reynolds was a Plaintiff in *Taitt*. *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras). Reynolds is a United States citizen and currently resides in the State of Georgia. Senior Chief Petty Officer Reynolds served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Reynolds was below the ship's water line, located one deck down from the main

deck. Thereafter, Reynolds joined the fire squad that led a search and rescue mission throughout the ship. Accordingly, Reynolds rescued numerous sailors who were suffering from severe injuries and also discovered multiple mangled bodies of fallen sailors. For example, Reynolds recalls the horror of witnessing the late Craig Wibberley's eye hanging out from its socket. Because of this specific memory and the overall trauma he experienced during the Cole attack, Reynolds suffers from PTSD, anxiety, and depression. Reynolds' PTSD is rated 50% disabling by the VA, and he received an 80% overall disabling rating.

4.295    Plaintiff Shavar Reynolds, Jr. is a United States citizen and currently resides in the state of New Jersey. Shavar Reynolds, Jr. is Shavar Reynolds' son.  Because of the USS Cole attack and Shavar Reynolds' subsequent injuries, Shavar Reynolds, Jr. has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.296    Plaintiff Keejah Howard is a United States citizen and currently resides in the state of Pennsylvania. Keejah Howard is Shavar Reynolds' daughter.  Because of the USS Cole attack and Shavar Reynolds' subsequent injuries, Keejah Howard has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.297    Plaintiff Sherell Reynolds is a United States citizen and currently resides in the state of Pennsylvania. Sherell Reynolds is Shavar Reynolds' mother.  Because of the USS Cole attack and Shavar Reynolds' subsequent injuries, Sherell Reynolds has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**RRR.        The Lamarice Riley Family**

4.298    Plaintiff Lamarice Riley is a United States citizen and currently resides in the state of Mississippi.  Riley served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Operations Specialist 1st Class Riley was

in berthing after his detail.  The blast threw him against his rack hitting his head and back.  In the days that followed, Riley moved bodies of the deceased and helped with the injured.  The VA assigned him a 60% rating for PTSD and associated sleep apnea.

4.299    Plaintiff Yolanda Riley is a United States citizen and currently resides in the state of Georgia. Yolanda Riley is Lamarice Riley's wife.  Because of the USS Cole attack and Lamarice Riley's subsequent injuries, Yolanda Riley has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.300    Plaintiff Mabel Riley-Belton is a United States citizen and currently resides in the state of Mississippi. Mabel Riley-Belton is Lamarice Riley's mother.  Because of the USS Cole attack and Lamarice Riley's subsequent injuries, Mabel Riley-Belton has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.301    Plaintiff Linnea Drummond is a United States citizen and currently resides in the state of Georgia. Linnea Drummond is Lamarice Riley's daughter.  Because of the USS Cole attack and Lamarice Riley's subsequent injuries, Linnea Drummond has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.302    Plaintiff Michael Riley is a United States citizen and currently resides in the state of Georgia. Michael Riley is Lamarice Riley's son.  Because of the USS Cole attack and Lamarice Riley's subsequent injuries, Michael Riley has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.303    Plaintiff Dominick Riley is a United States citizen and currently resides in the state of Mississippi. Dominick Riley is Lamarice Riley's brother.  Because of the USS Cole attack and Lamarice Riley's subsequent injuries, Dominick Riley has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**SSS.**          **The Michael Russell Family**

**4.304**     Michael Russell was a Plaintiff in *Gunn*. *Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (Judge Contreras).  Russell is a United States citizen and currently resides in the State of Texas. Chief Quartermaster Russell served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Before the explosion, Russell was eating lunch in the chief's mess. He sat down to eat his plate of Mexican food when suddenly the entire room went dark and quiet. Russell was then knocked temporarily unconscious from the force of the blast and hit his head against the floor. When he woke up, Russell felt blood pouring profusely from his head. Thereafter, Russell managed to make his way to the bridge and was given a bag of ice to curb the bleeding. Russell was ultimately taken to Seber Hospital in Yemen after the attack for medical treatment.  Because of his head trauma and overall experience aboard the USS Cole, Michael Russell currently suffers from a Traumatic Brain Injury (TBI) and PTSD. Russell is rated 100% disabled by the VA.

**4.305**     Plaintiff Lonnie Russell is a United States citizen and currently resides in the state of Tennessee. Lonnie Russell is Michael Russell's brother.  Because of the USS Cole attack and Michael Russell's subsequent injuries, Lonnie Russell has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**TTT.**          **The Eben Zuniga Sanchez Family**

**4.306**     Plaintiff Eben Zuniga Sanchez is a United States citizen and currently resides in the state of Texas.  Sanchez served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Seaman Sanchez was in the medical area during lunch.  Sanchez rendered life-saving medical care to injured sailors in the wake of the attack.  He received the Navy and Marine Corps Commendation Medal for his service.

91

Sanchez has been diagnosed with survivor guilt, substance abuse, anxiety, nightmares, and PTSD following the attack.

**4.307**   Plaintiff Riccardo Sanchdonado is a United States citizen and currently resides in the state of California. Riccardo Sanchdonado is Eben Zuniga Sanchez's father.  Because of the USS Cole attack and Eben Zuniga Sanchez's subsequent injuries, Riccardo Sanchdonado has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.308**   Plaintiff Elizabeth Zuniga is a United States citizen and currently resides in the state of Texas. Elizabeth Zuniga is Eben Zuniga Sanchez's mother.  Because of the USS Cole attack and Eben Zuniga Sanchez's subsequent injuries, Elizabeth Zuniga has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.309**   Plaintiff Diego Zuniga is a United States citizen and currently resides in the state of California. Diego Zuniga is Eben Zuniga Sanchez's brother.  Because of the USS Cole attack and Eben Zuniga Sanchez's subsequent injuries, Diego Zuniga has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.310**   Plaintiff Elizabeth Sanchez is a United States citizen and currently resides in the state of California. Elizabeth Sanchez is Eben Zuniga Sanchez's sister.  Because of the USS Cole attack and Eben Zuniga Sanchez's subsequent injuries, Elizabeth Sanchez has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**UUU.**    **David Sanders**

**4.311**   Plaintiff David Sanders is a United States citizen and currently resides in the state of Virginia.  Sanchez served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Fire Controlman 3rd Class Sanders was in

the Combat Information Center conducting maintenance.  The explosion threw Sanders into the console.  He provided medical aid to Gokool, Saunders, and Santiago.  Later, he focused on damage control applying fire retardant and pumping the flooded main engine room.  He received a Navy and Marine Corps Achievement Medal for his post-attack service.  The VA assigned Sanders a 40% disability rating for PTSD and injuries to his right shoulder and right knee.

## VVV.        The Ryan Schmalz Family

**4.312**    Ryan Schmalz was a Plaintiff in *Gunn. Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (Judge Contreras).  Schmalz is a United States citizen and currently resides in the State of Indiana. Schmalz served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Schmalz was in the berthing section of the Cole, lying in his rack, talking to a shipmate. After the explosion, Schmalz was initially disoriented but managed to dress himself and report to the repair locker. At this time, Schmalz volunteered to go to the blast site to assist his fellow sailors.  However, as he walked toward the hatch, Schmalz experienced an overwhelming panic attack and was unable to move forward. To this day, Schmalz experiences significant depression due to his inability to assist his fallen and wounded USS Cole shipmates. Additionally, because of this specific memory and the overall trauma he experienced during the Cole attack, Schmalz currently suffers from PTSD rated as 100% disabling by the VA.

**4.313**    Plaintiff Carolyn Steindorff is a United States citizen and currently resides in the state of Indiana. Carolyn Steindorff is Ryan Schmalz's mother.  Because of the USS Cole attack and Ryan Schmalz's subsequent injuries, Carolyn Steindorff has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.314**    Plaintiff Mark Schmalz is a United States citizen and currently resides in the state of Indiana.  Mark Schmalz is Ryan Schmalz's father.  Because of the USS Cole attack and Ryan Schmalz's subsequent injuries, Mark Schmalz has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.315**    Plaintiff Robert Steindorff is a United States citizen and currently resides in the state of Indiana. Robert Steindorff is Ryan Schmalz's step-father.  Because of the USS Cole attack and Ryan Schmalz's subsequent injuries, Robert Steindorff has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.316**    Plaintiff Kara Schmalz is a United States citizen and currently resides in the state of Indiana. Kara Schmalz is Ryan Schmalz's sister.  Because of the USS Cole attack and Ryan Schmalz's subsequent injuries, Kara Schmalz has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.317**    Plaintiff David Schmalz is a United States citizen and currently resides in the state of Indiana. David Schmalz is Ryan Schmalz's brother.  Because of the USS Cole attack and Ryan Schmalz's subsequent injuries, David Schmalz has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.318**    Plaintiff Eliot Schmalz is a United States citizen and currently resides in the state of Nevada. Eliot Schmalz is Ryan Schmalz's brother.  Because of the USS Cole attack and Ryan Schmalz's subsequent injuries, Eliot Schmalz has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.319**    Plaintiff Megan Duhaime is a United States citizen and currently resides in the state of Indiana.  Megan Duhaime is Ryan Schmalz's sister.  Because of the USS Cole attack

and Ryan Schmalz's subsequent injuries, Megan Duhaime has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**WWW.**              **The Angel Simmons Family**

    **4.320**    Angel Simmons was a Plaintiff in *Taitt. Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras). Simmons is a United States citizen and currently resides in the State of Virginia. Chief Petty Officer Simmons served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Simmons was in her room about to take a nap. The force of the ensuing explosion lifted her in the air and caused her to violently hit the floor. Thereafter, Simmons witnessed a fellow sailor slide across the USS Cole due to the sudden disruption in the ship's equilibrium. Because of the overall trauma she experienced during the Cole attack, Simmons currently suffers from chronic PTSD, insomnia, depression, and anxiety. For example, because she survived the attack, Simmons sometimes experiences an overwhelming sense of guilt. Simmons also developed a lumbar strain following the Cole attack. The VA rates this condition as 40% disabling and rates Simmons' PTSD and insomnia as 70% disabling. Overall, Simmons received a 100% overall disability rating from the VA.

    **4.321**    Plaintiff Frank B. Simmons, III is a United States citizen and currently resides in the state of South Carolina. Frank B. Simmons, III is Angel Simmons' brother. Because of the USS Cole attack and Angel Simmons' subsequent injuries, Frank B. Simmons, III has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

    **4.322**    Plaintiff Michael Simmons is a United States citizen and currently resides in the state of South Carolina. Michael Simmons is Angel Simmons' brother. Because of the

USS Cole attack and Angel Simmons' subsequent injuries, Michael Simmons has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.323**    Plaintiff Christanna Simmons is a United States citizen and currently resides in the state of New York. Christanna Simmons is Angel Simmons' sister.  Because of the USS Cole attack and Angel Simmons' subsequent injuries, Christanna Simmons has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.324**    Plaintiffs Angel Simmons and Michael Simmons as the Personal Representatives of the Estate of Frank Simmons, Jr., deceased, assert the claim belonging to Frank Simmons, Jr., Angel Simmons' father.  Frank Simmons, Jr. was a United States citizen and resided in the state of South Carolina at the time of his passing. Because of the USS Cole attack and Angel Simmons' subsequent injuries, Frank Simmons, Jr. suffered from mental anguish, bereavement, grief, and loss of society and comfort. In a FSIA lawsuit, the law of the state where the estate is established determines whether the estate may maintain a cause of action suffered during the decedent's life. *See Taylor v. Islamic Republic of Iran*, 811 F.Supp.2d 1, 12–13 (D.D.C. 2011). As such, the Personal Representatives assert this claim against Iran on behalf of the Estate of Frank Simmons, Jr. under North Carolina law. *Id.* at 13 (quoting N.C. Gen.Stat. § 28A–18–1) ("North Carolina law provides that '[u]pon the death of any person, all demands whatsoever, and rights to prosecute or defend any action ... existing in favor of or against such person ... shall survive to and against the personal representative ... of his estate.'").

## XXX.        The Isadore Sims, Jr. Family

**4.325**    Isadore Sims, Jr. was a Plaintiff in *Taitt. Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras).  Sims is a United States citizen and currently

resides in the State of Louisiana. Postal Clerk Second Class Sims served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. At the time of the bombing, Sims was located on the mess deck. The force of the ensuing blast hit the mess deck directly and caused Sims to sustain severe spinal injuries. Specifically, Sims' spinal tissue was severed, resulting in the premature end of his naval service. Sims later received a Purple Heart. Currently, Sims suffers from PTSD and migraines and is rated 70% disabled by the VA, as a result of the USS Cole attack.

4.326    Plaintiff Isadore Sims, Sr. is a United States citizen and currently resides in the state of Alabama. Isadore Sims, Sr. is Isadore Sims, Jr.'s father.  Because of the USS Cole attack and Isadore Sims, Jr.'s subsequent injuries, Isadore Sims, Sr. has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.327    Plaintiff Betty Sims is a United States citizen and currently resides in the state of Alabama. Betty Sims is Isadore Sims, Jr.'s mother.  Because of the USS Cole attack and Isadore Sims, Jr.'s subsequent injuries, Betty Sims has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.328    Plaintiff Tchnervia Sims Jenkins is a United States citizen and currently resides in the state of Alabama. Tchnervia Sims Jenkins is Isadore Sims, Jr.'s sister.  Because of the USS Cole attack and Isadore Sims, Jr.'s subsequent injuries, Tchnervia Sims Jenkins has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

YYY.    The Jason Small Family

4.329    Plaintiff Jason Small is a United States citizen and currently resides in the state of Georgia.  Small served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Fire Controlman 3rd Class Small was in Radar

room 2 waiting for the lunch line to get shorter. Small assisted with the injured and comforted several sailors as they passed away. He has been diagnosed with depression, for which he is medicated, anxiety, anger issues, difficulty sleeping, and hearing loss and the VA has assigned him a 50% disability rating.

4.330    Plaintiff Stella Goodson is a United States citizen and currently resides in the state of Georgia. Stella Goodson is Jason Small's mother. Because of the USS Cole attack and Jason Small's subsequent injuries, Stella Goodson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

4.331    Plaintiff Earl Goodson is a United States citizen and currently resides in the state of Georgia. Earl Goodson is Jason Small's father. Because of the USS Cole attack and Jason Small's subsequent injuries, Earl Goodson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## ZZZ.    The Laura Stewart Family

4.332    Plaintiff Laura Stewart is a United States citizen and currently resides in the state of Virginia. Stewart served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Stewart was working in the galley. The blast killed several of her friends and sailors in the galley whom she supervised. Stewart has been diagnosed with PTSD, anxiety, and she has been in psychological treatment for years.

4.333    Plaintiff Syrietta Griffin is a United States citizen and currently resides in the state of Texas. Syrietta Griffin is Laura Stewart's daughter. Because of the USS Cole attack and Laura Stewart's subsequent injuries, Syrietta Griffin has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.334**    Plaintiff Katrina Agee is a United States citizen and currently resides in the state of Alabama. Katrina Agee is Laura Stewart's sister.  Because of the USS Cole attack and Laura Stewart's subsequent injuries, Katrina Agee has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.335**    Plaintiff Clarence Brooks is a United States citizen and currently resides in the state of Alabama. Clarence Brooks is Laura Stewart's brother.  Because of the USS Cole attack and Laura Stewart's subsequent injuries, Clarence Brooks has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.336**    Plaintiff Wanda Brooks is a United States citizen and currently resides in the state of Virginia. Wanda Brooks is Laura Stewart's sister.  Because of the USS Cole attack and Laura Stewart's subsequent injuries, Wanda Brooks has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.337**    Plaintiff Debra King is a United States citizen and currently resides in the state of Alabama. Debra King is Laura Stewart's sister.  Because of the USS Cole attack and Laura Stewart's subsequent injuries, Debra King has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.338**    Plaintiff Icey McKinnon is a United States citizen and currently resides in the state of Alabama. Icey McKinnon is Laura Stewart's sister.  Because of the USS Cole attack and Laura Stewart's subsequent injuries, Icey McKinnon has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.339**    Plaintiff Mary Player is a United States citizen and currently resides in the state of Alabama. Mary Player is Laura Stewart's sister.  Because of the USS Cole attack and Laura

Stewart's subsequent injuries, Mary Player has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**AAAA.    The Sean Sylvester Family**

    **4.340**    Plaintiff Sean Sylvester is a United States citizen and currently resides in the state of Virginia.  Sylvester served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Storekeeper 2nd Class Sylvester was escorting the Yemini liaison to the ship.  After the blast, Sylvester was tasked with keeping the Yemeni man in custody.  The Yemeni man attempted to escape twice, but Sylvester prevented him from fleeing.  The VA assigned Sylvester a 60% disability rating for PTSD and tinnitus.

    **4.341**    Plaintiff Glendora Baxter is a United States citizen and currently resides in the state of New York. Glendora Baxter is Sean Sylvester's mother.  Because of the USS Cole attack and Sean Sylvester's subsequent injuries, Glendora Baxter has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

    **4.342**    Plaintiff Sherwin Baxter is a United States citizen and currently resides in the state of New Jersey. Sherwin Baxter is Sean Sylvester's brother.  Because of the USS Cole attack and Sean Sylvester's subsequent injuries, Sherwin Baxter has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

    **4.343**    Plaintiff Michelle Sylvester is a United States citizen and currently resides in the state of Indiana. Michelle Sylvester is Sean Sylvester's sister.  Because of the USS Cole attack and Sean Sylvester's subsequent injuries, Michelle Sylvester has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**BBBB.        The Charrod Taylor Family**

**4.344**    Charrod Taylor was a Plaintiff in *Taitt. Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras).  Taylor is a United States citizen and currently resides in the State of Georgia. Petty Officer Second Class Taylor served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Taylor was on duty near the blasts. Thereafter, Taylor saw smoke everywhere and noticed bodies lying on the deck and floating in the water. Taylor also helped identify and move the deceased. Because of these specific memories and the overall trauma he experienced during the Cole attack, Taylor currently suffers from PTSD that is rated 70% disabling by the VA, anxiety, and depression. To manage these injuries, Taylor often receives professional mental health counseling.

**4.345**    Plaintiff Rasiryjah Neal is a United States citizen and currently resides in the state of Georgia. Rasiryjah Neal is Charrod Taylor's brother.  Because of the USS Cole attack and Charrod Taylor's subsequent injuries, Rasiryjah Neal has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.346**    Plaintiff Tawasi Neal is a United States citizen and currently resides in the state of Georgia. Tawasi Neal is Charrod Taylor's brother.  Because of the USS Cole attack and Charrod Taylor's subsequent injuries, Tawasi Neal has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**CCCC.            The Loretta Taylor-Feretti Family**

**4.347**    Plaintiff Loretta Taylor-Feretti is a United States citizen and currently resides in the state of North Carolina.  Taylor-Feretti served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Storekeeper 2nd

101

Class Taylor-Feretti was in her rack in berthing. After the explosion, Taylor-Feretti helped remove debris and repair the ship. She came into contact with many injured and dying sailors. The VA assigned Taylor-Feretti a 30% disability rating for PTSD and anxiety.

    **4.348**   Plaintiff Christopher Feretti is a United States citizen and currently resides in the state of North Carolina. Christopher Feretti is Loretta Taylor-Feretti's husband. Because of the USS Cole attack and Loretta Taylor-Feretti's subsequent injuries, Christopher Feretti has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

    **4.349**   Plaintiff Juanita Taylor is a United States citizen and currently resides in the state of North Carolina. Juanita Taylor is Loretta Taylor-Feretti's mother. Because of the USS Cole attack and Loretta Taylor-Feretti's subsequent injuries, Juanita Taylor has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

    **4.350**   Plaintiff Michael Taylor is a United States citizen and currently resides in the state of Louisiana. Michael Taylor is Loretta Taylor-Feretti's brother. Because of the USS Cole attack and Loretta Taylor-Feretti's subsequent injuries, Michael Taylor has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

    **4.351**   Plaintiff Michelle Pond is a United States citizen and currently resides in the state of North Carolina. Michelle Pond is Loretta Taylor-Feretti's sister. Because of the USS Cole attack and Loretta Taylor-Feretti's subsequent injuries, Michelle Pond has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**DDDD.**      **The John Thompson Family**

    **4.352**   Plaintiff John Thompson is a United States citizen and currently resides in the state of Pennsylvania. Thompson served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Engineman John Thompson was

in the training room.  After the blast, Thompson attempted to wade through the smoke to help the injured.  He helped with triage, first aid, and body removal.  Later, Thompson stood guard with an M-60 machine gun.  He received a Navy and Marine Corps Commendation Medal for service after the attack.  The VA assigned Thompson a disability rating for PTSD.

**4.353**    Plaintiff Heidi Thompson is a United States citizen and currently resides in the state of North Carolina. Heidi Thompson is John Thompson's wife.  Because of the USS Cole attack and John Thompson's subsequent injuries, Heidi Thompson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.354**    Plaintiff Lauryn Painter is a United States citizen and currently resides in the state of North Carolina. Lauryn Painter is John Thompson's daughter.  Because of the USS Cole attack and John Thompson's subsequent injuries, Lauryn Painter has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.355**    Plaintiff James Thompson is a United States citizen and currently resides in the state of North Carolina. James Thompson is John Thompson's son.  Because of the USS Cole attack and John Thompson's subsequent injuries, James Thompson

**EEEE.        The Albert Trapani Family**

**4.356**    Plaintiff Albert Trapani is a United States citizen and currently resides in the state of Florida.  Trapani served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Operations Specialist Senior Chief Trapani was making duty rounds that day and was getting ramen from his locker for lunch.  The blast threw him against the bulkhead.  After the explosion, Trapani coordinated damage control and security alert stations.  The odor of decomposing bodies is etched in his memory.  Due to

severe PTSD, the VA has deemed Trapani permanently and totally disabled and he has an effective disability rating of 100%.

**4.357**    Plaintiff Rachel Atkinson is a United States citizen and currently resides in Guam. Rachel Atkinson is Albert Trapani's daughter.  Because of the USS Cole attack and Albert Trapani's subsequent injuries, Rachel Atkinson i has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.358**    Plaintiff Joseph Trapani is a United States citizen and currently resides in the state of New Hampshire. Joseph Trapani is Albert Trapani's son.  Because of the USS Cole attack and Albert Trapani's subsequent injuries, Joseph Trapani has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.359**    Plaintiff Tom Trapani is a United States citizen and currently resides in the state of Florida. Tom Trapani is Albert Trapani's son.  Because of the USS Cole attack and Albert Trapani's subsequent injuries, Tom Trapani has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**FFFF.**        **The Stafford Tyson Family**

**4.360**    Stafford Tyson was a Plaintiff in *Taitt*. *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (Judge Contreras).  Tyson is a United States citizen and currently resides in the State of Virginia. Chief Petty Officer Tyson served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Tyson was enjoying his lunch in the ship mess hall. Thereafter, Tyson grabbed his weapon and ran to the top of the deck. From the top deck, Tyson witnessed many of his fellow sailors suffering from severe physical injuries. Because of this specific memory and the overall trauma he

experienced during the Cole attack, Simmons currently suffers from PTSD, depression, and anxiety. The VA rates this condition as 30% disabling.

**4.361**    Plaintiff John H. Tyson is a United States citizen and currently resides in the state of North Carolina. John H. Tyson is Stafford Tyson's father.  Because of the USS Cole attack and Stafford Tyson's subsequent injuries, John H. Tyson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.362**    Plaintiff Khiyah Roulhac is a United States citizen and currently resides in the state of Virginia. Khiyah Roulhac is Stafford Tyson's daughter.  Because of the USS Cole attack and Stafford Tyson's subsequent injuries, Khiyah Roulhac has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.363**    Plaintiff Monique Tyson is a United States citizen and currently resides in the state of Virginia.  Monique Tyson is Stafford Tyson's daughter.  Because of the USS Cole attack and Stafford Tyson's subsequent injuries, Monique Tyson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.364**    Plaintiff Tkiyah Tyson is a United States citizen and currently resides in the state of Virginia. Tkiyah Tyson is Stafford Tyson's daughter.  Because of the USS Cole attack and Stafford Tyson's subsequent injuries, Tkiyah Tyson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.365**    Plaintiff Sherry Horne is a United States citizen and currently resides in the state of North Carolina. Sherry Horne is Stafford Tyson's brother.  Because of the USS Cole attack and Stafford Tyson's subsequent injuries, Sherry Horne has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.366**    Plaintiff John S. Tyson is a United States citizen and currently resides in the state of Virginia. John S. Tyson is Stafford Tyson's brother. Because of the USS Cole attack and Stafford Tyson's subsequent injuries, John S. Tyson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**GGGG.    The Jason Van Foeken Family**

**4.367**    Plaintiff Jason Van Foeken is a United States citizen and currently resides in the state of California. Van Foeken served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Ensign Van Foeken was resting in berthing. After the blast, Van Foeken helped repair the ship and locate the injured. The VA assigned Van Foeken a 30% disability rating for PTSD.

**4.368**    Plaintiff Sharon Van Foeken is a United States citizen and currently resides in the state of California. Sharon Van Foeken is Jason Van Foeken's mother. Because of the USS Cole attack and Jason Van Foeken's subsequent injuries, Sharon Van Foeken has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.369**    Plaintiff Trevor Van Foeken is a United States citizen and currently resides in the state of California. Trevor Van Foeken is Jason Van Foeken's brother. Because of the USS Cole attack and Jason Van Foeken's subsequent injuries, Trevor Van Foeken has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**HHHH.    The Jeffrey Vinneau Family**

**4.370**    Jeffrey Vinneau was a Plaintiff in *Gunn*. *Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (Judge Contreras). Vinneau is a United States citizen and currently resides in the State of Virginia. Chief Petty Officer Vinneau served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Before the

explosion, Vinneau was in charge of the morning detail on the fantail. This duty included securing the anchor and fuel lines. Vinneau then walked to the Chief's Mess for lunch when the blast occurred. Because of the force of the blast, Vinneau was knocked unconscious and sustained a concussion. His next memory is waking up in the Aden Hospital drifting in and out of consciousness. Vinneau later received a Purple Heart. Due to his injuries and traumatic experience aboard the USS Cole, Vinneau currently suffers from PTSD and is rated 80% disabled by the VA.

**4.371**    Plaintiff Harvey Noe is a United States citizen and currently resides in the state of Washington. Harvey Noe is Jeffrey Vinneau's father.  Because of the USS Cole attack and Jeffrey Vinneau's subsequent injuries, Harvey Noe has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.372**    Plaintiff Jason Palarino is a United States citizen and currently resides in the state of Virginia. Jason Palarino is Jeffrey Vinneau's son.  Because of the USS Cole attack and Jeffrey Vinneau's subsequent injuries, Jason Palarino has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.373**    Plaintiff Kristin Boettcher is a United States citizen and currently resides in the state of Virginia. Kristin Boettcher is Jeffrey Vinneau's sister.  Because of the USS Cole attack and Jeffrey Vinneau's subsequent injuries, Kristin Boettcher has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.374**    Plaintiff Michelle Kalkowski is a United States citizen and currently resides in the state of Washington. Michelle Kalkowski is Jeffrey Vinneau's sister.  Because of the USS Cole attack and Jeffrey Vinneau's subsequent injuries, Michelle Kalkowski has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.375**    Plaintiff Sonia Larson is a United States citizen and currently resides in the state of Washington. Sonia Larson is Jeffrey Vinneau's sister.  Because of the USS Cole attack and Jeffrey Vinneau's subsequent injuries, Sonia Larson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## IIII.    The Andrew Voyer Family

**4.376**    Plaintiff Andrew Voyer is a United States citizen and currently resides in the state of Hawaii.  Voyer served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Information Systems Technician 2nd Class Voyer was sleeping in his rack in berthing.  He rescued wounded shipmates and provided life-saving treatment.  Voyer was awarded a Navy and Marine Corps Achievement Medal for his heroic efforts.  The VA assigned Voyer a 70% disability rating for PTSD.

**4.377**    Plaintiff Angela Cox is a United States citizen and currently resides in the state of Arizona. Angela Cox is Andrew Voyer's sister.  Because of the USS Cole attack and Andrew Voyer's subsequent injuries, Angela Cox has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

## JJJJ.    The Patrick Watson Family

**4.378**    Plaintiff Patrick Watson is a United States citizen and currently resides in the state of Georgia.  Watson served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Boatswain's Mate 3rd Class Watson was in his room.  He tirelessly searched for survivors and surveyed the damage to aid in repairs. Watson was awarded a Navy and Marine Corps Commendation Medal for his heroic efforts. He has been diagnosed with multiple physical ailments and PTSD.

**4.379**    Plaintiff Deborah Alexander is a United States citizen and currently resides in the state of California. Deborah Alexander is Patrick Watson's mother.  Because of the USS Cole attack and Patrick Watson's subsequent injuries, Deborah Alexander has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.380**    Plaintiff Patrich Batton is a United States citizen and currently resides in the state of Texas. Patrich Batton is Patrick Watson's son.  Because of the USS Cole attack and Patrick Watson's subsequent injuries, Patrich Batton has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.381**    Plaintiff Brent Watson is a United States citizen and currently resides in the state of Georgia. Brent Watson is Patrick Watson's son.  Because of the USS Cole attack and Patrick Watson's subsequent injuries, Brent Watson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.382**    Plaintiff Patricia Watson-Smith is a United States citizen and currently resides in the state of California. Patricia Watson-Smith is Patrick Watson's sister.  Because of the USS Cole attack and Patrick Watson's subsequent injuries, Patricia Watson-Smith has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**KKKK.**    **Brian West**

**4.383**    Plaintiff Brian West is a United States citizen and currently resides in the state of Ohio.  West served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Fire Controlman 2nd Class West was on the midship stairs.  West stood guard against further attacks after the blast.  The VA assigned West a 30% disability rating for PTSD.

**LLLL.        The Carl Wingate Family**

**4.384**    Carl Wingate was a Plaintiff in *Gunn. Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (Judge Contreras).   Wingate is a United States citizen and currently resides in the State of Florida. Wingate served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Wingate was stationed below the primary deck in his bunk. The force of the explosion caused Wingate to be thrown from his bunk onto the deck. Because of this violent impact, Wingate suffered severe and permanent injuries to his spine. Due to these injuries, Wingate developed chronic back pain requiring extensive medical treatment. Additionally, because of the attack and his efforts to assist other sailors during the post-blast chaos, Wingate suffered severe emotional distress and mental anguish. Currently, Wingate suffers from PTSD, chronic anxiety, and depression.

**4.385**    Plaintiff Cheryl McQuinston is a United States citizen and currently resides in the state of Georgia. Cheryl McQuinston is Carl Wingate's mother.  Because of the USS Cole attack and Carl Wingate's subsequent injuries, Cheryl McQuinston has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.386**    Plaintiff Steven Wingate is a United States citizen and currently resides in the state of Florida. Steven Wingate is Carl Wingate's father.  Because of the USS Cole attack and Carl Wingate's subsequent injuries, Steven Wingate has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.387**    Plaintiff Joseph Wingate is a United States citizen and currently resides in the state of Florida. Joseph Wingate is Carl Wingate's son.  Because of the USS Cole attack and

Carl Wingate's subsequent injuries, Joseph Wingate has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.388**    Plaintiff Shandra Jackson is a United States citizen and currently resides in the state of Florida. Shandra Jackson is Carl Wingate's sister.  Because of the USS Cole attack and Carl Wingate's subsequent injuries, Shandra Jackson has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**MMMM.    Adam Wishart**

**4.389**    Plaintiff Adam Wishart is a United States citizen and currently resides in the state of Virginia.  Wishart served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Electronics Technician 3rd Class Wishart was in forward IC and GYRO.  After the blast, he helped repair communications to send a Mayday.  Wishart was awarded a Navy and Marine Corps Commendation Medal for his efforts after the attack.  He suffers from PTSD, depression, and tinnitus.

**NNNN.    The Jeremiah Wright Family**

**4.390**    Plaintiff Jeremiah Wright is a United States citizen and currently resides in the state of Mississippi.  Wright served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Fire Controlman 3rd Class Wright was taking the garbage to the local boat, which ultimately held the bomb.  He walked to berthing to change clothes and the explosion threw him to the floor.  Wright was disoriented and unable to hear.  He searched for survivors and got them to treatment.  Then Wright assisted with keeping the ship afloat.  Wright received a Navy and Marine Corps Achievement Medal for his work after the attack.  He lost seven friends that day and lives with survivor's guilt.  Wright has also been diagnosed with depression and self-medicating with alcohol.

111

**4.391**    Plaintiff Kelly Vincent is a United States citizen and currently resides in the state of Texas. Kelly Vincent is Jeremiah Wright's sister.  Because of the USS Cole attack and Jeremiah Wright's subsequent injuries, Kelly Vincent has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**OOOO.**        **The Jerry Santiago Wright Family**

**4.392**    Plaintiff Jerry Santiago Wright is a United States citizen and currently resides in the state of Maryland.  Wright served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Seaman Wright was washing dishes in the scullery. In the aftermath of the attack, Wright located wounded sailors and the bodies of his fallen friends.  The VA assigned Wright a 100% disability rating for shrapnel and burn injuries to his hands, bilateral shoulder strains, PTSD, and associated migraines.

**4.393**    Plaintiff Sandra Wright is a United States citizen and currently resides in the state of Maryland. Sandra Wright is Jerry Santiago Wright's mother.  Because of the USS Cole attack and Jerry Santiago Wright's subsequent injuries, Sandra Wright has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.394**    Plaintiff Wilbur Wright is a United States citizen and currently resides in the state of Maryland. Wilbur Wright is Jerry Santiago Wright's father.  Because of the USS Cole attack and Jerry Santiago Wright's subsequent injuries, Wilbur Wright has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**4.395**    Plaintiff Jefrey Wright is a United States citizen and currently resides in the state of Maryland. Jefrey Wright is Jerry Santiago Wright's brother.  Because of the USS Cole attack and Jerry Santiago Wright's subsequent injuries, Jefrey Wright has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**PPPP.**          **The Joseph Zide Family**

    **4.396**    Plaintiff Joseph Zide is a United States citizen and currently resides in the state of California.  Zide served in the United States Navy and was stationed aboard the USS Cole at the time of the attack. Prior to the bombing, Fire Controlman 2nd Class Zide was painting and cleaning the aft CIWS mount compartment for zone inspection.  The blast threw Zide into the air and he hit the overhead.  After the attack, Zide assessed the damage to the ship and helped with dewatering and repair activities.  He also carried wounded sailors off the ship for treatment.  The VA assigned Zide a 40% disability rating for PTSD and bilateral tinnitus.

    **4.397**    Plaintiff Christina Zide is a United States citizen and currently resides in the state of California. Christina Zide is Joseph Zide's wife.  Because of the USS Cole attack and Joseph Zide's subsequent injuries, Christina Zide has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

    **4.398**    Plaintiff Aubrey Zide is a United States citizen and currently resides in the state of California. Aubrey Zide is Joseph Zide's sister.  Because of the USS Cole attack and Joseph Zide's subsequent injuries, Aubrey Zide has suffered from mental anguish, bereavement, grief, and loss of society and comfort.

**V.**
**FACTUAL ALLEGATIONS**

    **5.1**    The following facts were found by this Court in *Flanagan v. Islamic Republic of Iran*, 87 F. Supp. 3d 93 (D.D.C. 2015).

**A.**    **The USS Cole Bombing**

    **5.2**    "At approximately 8:30 a.m. on October 12, 2000, the Cole entered the Port of Aden, Yemen, to temporarily stop for refueling. The Cole, an Arleigh Burke Class Destroyer,

113

was the twenty-fifth Navy ship to stop in Aden Harbor for refueling over the previous nineteen months. As of October 2000, the ship had a crew of twenty-six officers and 270 enlisted personnel. The Cole departed from its home port of Norfolk, Virginia, on August 8, 2000, before patrolling the Mediterranean Sea. On October 9, 2000, the ship transited the Suez Canal and headed for Yemen. At the time that the ship entered the Port of Aden on October 12, 2000, the U.S. Department of Defense terrorist threat level in Aden was 'Threat Condition (THREATCON) BRAVO,' which indicated an 'increased and more predictable threat of terrorist activity.'" *Flanagan,* 87 F. Supp. 3d at 98 (citing *Rux, et. al. v. Republic of Sudan*, 495 F.Supp.2d 541 (E.D. Va. 2007)).

**5.3**     "At approximately 8:49 a.m., the Cole moored starboard side to Refueling Dolphin Seven, near the mouth of the harbor. The ship began refueling at approximately 10:31 a.m. At approximately 11:10 a.m., one of the sailors standing watch over the refueling noticed a small boat heading 'fast and hard' toward the Cole from the direction of the city. The boat, painted white with fire red trim, was about thirty-five feet long and six to seven feet wide and had a shallow V-hull. It looked 'brand new.' The boat was similar in size and shape to many other small vessels in the harbor, including the service craft that had been alongside the Cole." *Id*.

**5.4**     "The boat was manned by two males, both of whom appeared to be in their early thirties. The two men slowed the boat as they approached the Cole, maneuvered it parallel to the ship and came down the port side headed aft. As they did so, the two men in the boat were smiling, and waved to the crew. Seconds later, the boat exploded." *Id*.

**5.5**     The explosion occurred between approximately 11:15 and 11:18 a.m., just as some of the crew were sitting down for lunch. The blast ripped a thirty-two (32) by thirty-six

114

(36) foot hole in the port side and smoke, dust, and fuel vapors filled the air. The main engine room, auxiliary machine room, and the dry provisions storeroom were flooded. Several chambers, including the Crew and Chief Petty Officer's Galley, were structurally destroyed. *Id*.

**5.6**    "The blast and its after-effects killed seventeen Navy sailors, all of them American citizens." *Id*.

**5.7**    The terrorist organization Al-Qaeda carried out the USS Cole bombing. *Flanagan,* 87 F. Supp. 3d at 103, 108. Specifically, Al-Qaeda founder Osama Bin Laden and member Abd Rahim Hussayn Muhamad al Nashiri played an instrumental role in the planning and execution the October 12, 2000 bombing of the ship. *Id.*

## B.    Iran's Material Support for Bin Laden and Al-Qaeda

**5.8**    Around 1991, Iran and Sudan formed a "tripartite front" to foster coordination between Sunni and Shia extremists and join forces against their common enemy, the United States of America. *Id.* at 103. This partnership ultimately offered Al-Qaeda the opportunity to develop a relationship with Iranian officials, Hezbollah, and other terrorist organizations "dedicated to attacking United States personnel, military targets, and citizens in the Middle East." *Id.*

**5.9**    Iranians are Shias and Bin Laden was a Sunni. Because of these ideological differences, the partnership between Al-Qaeda and Iran was very unusual. However, the relationship was quite successful due to Iran and Bin Laden's mutual hared of "infidels in the United States." *Id.* at 104. For example, Iran indirectly provided material support to Al-Qaeda by offering large scale funding and training to the Lebanese terrorist organization Hezbollah. *Id*. Iran provided this support through the Iran Revolutionary Guard Corps (IRGC), a parallel military force tasked with protecting Iran's revolution at home and spreading it abroad. *Id.* at

104, 106. Therefore, Hezbollah maintains a "particularly close relationship with the IRGC" since the terrorist organization was founded in the early 1980's. *Id*. at 106.

5.10    In the early 1990's, Hezbollah enjoyed a high degree of independence in Lebanon. *Id*. Without the need to hide its operations, Hezbollah offered Al-Qaeda a "superb" level of training. *Id*. For this reason, in 1993 Al-Qaeda operatives traveled to the Bekka Valley in Lebanon for training in explosives, intelligence, and security. *Id*. During this camp, Bin Laden "reportedly showed particular interest in learning how to use truck bombs such as the one that killed 241 U.S. Marines in Lebanon in 1983." *Id*. In fact, the bomb used in the USS Cole attack is similar to bombs designed by Hezbollah. *Id.* at 108. Therefore, Al-Qaeda possibly learned to develop the USS Cole bomb while training with Hezbollah in the early 1990s. *Id.*

5.11    Iran also offered significant logistical support to Al-Qaeda. For instance, Iran's Ministry of Intelligence and Security (MOIS) offered Al-Qaeda operatives in Iran cards and passports. *Id*. at 104. Iran even allowed certain Al-Qaeda members and leaders to enter the country without stamping their passports. *Id*. at 107. This logistical support was invaluable as it facilitated the flow of new Al-Qaeda recruits who lacked experience traveling covertly between countries. *Id*. at 107–108. The logistical support also enabled better communication and coordination between various Al-Qaeda strands. *Id.* at 108. Lastly, Iran's logistical support helped Al-Qaeda maintain its organizational hierarchy. If Al-Qaeda leaders had visas showing an Iranian stamp or a link to Afghanistan, they would likely attract attention from border security officials in Middle Eastern countries hostile to Al-Qaeda like Saudi Arabia. *Id*. at 107.

5.12    For these reasons, at the time of the USS Cole bombing, the relationship between Iran, Bin Laden, and Al-Qaeda was firmly established. Iran also reportedly contributed to Al-Qaeda's efforts to set up a Yemen terrorist network. For instance, the 1999 U.S. State

Department terrorism report noted that Iran was providing training and logistical support to extremist groups like Al-Qaeda operating in the Gulf of Yemen. *Id.* at 108. Because of this material support, Al-Qaeda operative Abd Rahim Hussayn Muhamad al Nashiri, one of the masterminds of the Cole attack, traveled from Yemen to Afghanistan before and after the Cole bombing by way of safe passage through Iran. *See id.* ("Certainly, during the late 1990s and through 2000, Iran was the common route that al-Qaeda members used when traveling from gulf countries such as Yemen to Afghanistan.").

## VI.
## <u>RELATED ACTIONS</u>

**6.1**     Plaintiffs hereby commence this action as a "related action" to the following five (5) cases:

**A.**     ***Rux v. the Republic of Sudan*, 495 F. Supp. 2d 541 (E.D. Va. 2007).**[2]

**6.2**     The *Rux* Plaintiffs were fifty-nine (59) surviving family members of seventeen (17) Navy sailors who died aboard the USS Cole on October 12, 2000. *Rux*, 495 F. Supp. 2d at 545–46. On July 16, 2004, the *Rux* Plaintiffs filed a lawsuit against Sudan under § 1605(a)(7) of the FSIA. *Id.* at 543. Like the Plaintiffs in this case, the *Rux* plaintiffs were United States citizens seeking money damages arising out of the provision of material support and assistance to Al-Qaeda prior to the Cole attack. *Id.* For these reasons, *Rux* and this lawsuit arise out of **the same incident and act.** Accordingly, Plaintiffs maintain this suit as a "related action" to *Rux*.

**B.**     ***Chiemi York, et al. v. Al Qaeda Islamic Army, et al.*[3]

---

[2]*See* Case No. 2:04-cv-00428-RGD-TEM.
[3] *See* Case No. 1:03-cv-05494-RCC (S.D.N.Y. 2003).

**6.3**    The *York* plaintiffs were family members of U.S. citizens tragically killed in the September 11, 2001 ("9/11") terrorist bombing of the World Trade Center. The *York* plaintiffs filed a lawsuit against the Al Qaeda Islamic Army, Osama Bin Laden, and numerous other defendants involved in the 9/11 attack on July 24, 2003 under § 1605(a)(7) of the FSIA. Similar to this pleading, the Original Complaint in *York* alleged that Bin Laden and Al Qaeda "forged alliances with…representatives of the government of Iran, and its associated group, Hezbollah, for the purpose of working together against their perceived common enemies in the West, particularly the United States." Furthermore, the *York* Complaint notes that Al Qaeda committed both the 9/11 terrorist attack and the USS Cole bombing. *York* was voluntarily dismissed under Federal Rule of Civil Procedure 41(a)(1)(i) before the entry of any judgment.

**6.4**    Because of these factual similarities, both *York* and this action arise in part **out of the same act** – the strategic partnership between Iran, by and through Hezbollah, Osama Bin Laden, and Al Qaeda regarding the planning and execution of terrorist attacks committed against the United States of America. Therefore, Plaintiffs also maintain this suit as a "related action" to *York* under 28 U.S.C. § 1605A(b) and file this suit within the statute's limitations period.

**C.**    ***Flanagan v. Islamic Republic of Iran*, 87 F. Supp. 3d 93, 116–117 (D.D.C. 2015) (The Honorable Rudolph Contreras)[4]**

**6.5**    As referenced in ¶ 1.5 *infra*, the Honorable Judge Rudolph Contreras has previously evaluated evidence, made findings, and held Iran liable for the October 12, 2000 terrorist attack on the U.S.S. Cole. *Id.* at 116–117.  For purposes of LCvR 40.5, the instant case

---

[4] *See* 1:10-cv-1643-RC (D.D.C.).

is a related case to *Flanagan* because it "involve[s] common issues of fact" and "grow[s] out of the same event or transaction." LCvR 40.5(a)(3).

**D.**      ***Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63 (D.D.C. 2023) (The Honorable Rudolph Contreras)[5]**

**6.6**      The Honorable Judge Rudolph Contreras has previously evaluated evidence, made findings, and held Iran liable for the October 12, 2000 terrorist attack on the U.S.S. Cole. *Id.* at 90-91.  For purposes of LCvR 40.5, the instant case is a related case to *Taitt* because it "involve[s] common issues of fact" and "grow[s] out of the same event or transaction." LCvR 40.5(a)(3).

**E.**      ***Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 (D.D.C. 2024) (The Honorable Rudolph Contreras)[6]**

**6.7**      The Honorable Judge Rudolph Contreras has previously evaluated evidence, made findings, and held Iran liable for the October 12, 2000 terrorist attack on the U.S.S. Cole. *Id.* at *10.  For purposes of LCvR 40.5, the instant case is a related case to *Gunn* because it "involve[s] common issues of fact" and "grow[s] out of the same event or transaction." LCvR 40.5(a)(3).

**VII.**
**LIABILITY**

**A.      Intentional Inflection of Emotional Distress (IIED).**

**7.1**      This Court has previously held that "[a]cts of terrorism are by their very definition extreme and outrageous and intended to cause the highest degree of emotional

---

[5] *See* 1:20-cv-01557-RC (D.D.C.)
[6] *See* 1:21-cv-01187-RC (D.D.C.).

distress." *Belkin v. Islamic Republic of Iran*, 667 F.Supp.2d 8, 22 (D.D.C.2009) (citing *Stethem v. Islamic Republic of Iran*, 202 F.Supp.d 78, 89 (D.D.C.2002)). The material support Defendant Iran provided to Al-Qaeda and Osama Bin Laden fostered the terrorist organization's success and ultimately allowed Al-Qaeda to perpetrate the October 12, 2000 attack on the USS Cole. *See Flanagan,* 87 F. Supp. 3d at 116–117.

7.2    Therefore, the material support provided to Al-Qaeda and Bin Laden by Defendant constitutes extreme and outrageous conduct intended to cause Plaintiffs severe emotional distress. These actions were undertaken deliberately and recklessly, with knowledge that the material support provided to Al-Qaeda and Bin Laden would cause severe emotional distress to Plaintiffs. More specifically, severe emotional distress to the Surviving Family-Plaintiffs (who all lost a loved one during the Cole attack), the Navy-Plaintiffs (who were all extremely fortunate to survive the USS Cole attack), and the Immediate Family-Plaintiffs (who all suffered emotional trauma following their immediate family member's experience during the Cole attack).

7.3    Defendant, by engaging in this intentional, unlawful conduct, intentionally inflicted emotional distress upon these Plaintiffs and may be held liable for Plaintiffs' damages accordingly under 28 U.S.C. § 1605A(c). *Id.* at 116.

## B.    Assault and Battery

7.4    Courts in this district have applied assault and battery theories of liability to attacks like the one in this case. Iran is liable for assault if, "when it committed extrajudicial killing or provided material support and resources therefor, (1) it acted 'intending to cause a harmful contact with ... or an imminent apprehension of such a contact' by, those attacked and (2) those attacked were 'thereby put in such imminent apprehension.' " *Murphy v. Islamic*

120

*Repub. of Iran*, 740 F. Supp. 2d 51, 73 (D.D.C. 2010) (quoting Restatement (Second) of Torts § 21(1)). Iran intended to cause harmful contact and apprehension of that contact because "acts of terrorism are, by their very nature, intended to harm and to terrify by instilling fear of further harm." *Valore v. Islamic Repub. of Iran*, 700 F. Supp. 2d 52, 76 (D.D.C. 2010). Accordingly, Iran caused Navy-Plaintiffs harm and caused them the fear they experienced during the attack and thereafter. Iran is liable for assault.

**7.5**    Iran is liable for battery if "when it committed extrajudicial killing or provided material support and resources therefor, it acted 'intending to cause a harmful or offensive contact with ... or an imminent apprehension of such a contact' by those attacked and (2) 'a harmful contact with' those attacked 'directly or indirectly result[ed].' " *Murphy*, 740 F. Supp. 2d at 74 (quoting Restatement (Second) of Torts § 13). "Harmful contact is that which results in 'any physical impairment of the condition of another's body, or physical pain or illness.' " *Id.* (quoting Restatement (Second) of Torts § 15). Iran intended to cause harmful or offensive contact. And the Navy-Plaintiffs experienced harmful contact during the attack. Thus, Iran is liable for battery.

## C.    Solatium

**7.6**    Moreover, because of Defendant's intentional, outrageous, and extreme conduct, the Surviving Family-Plaintiffs and the Immediate Family-Plaintiffs have collectively suffered mental anguish, bereavement, grief, and loss of society and comfort. Therefore, Defendant is liable for solatium damages suffered by these Plaintiffs. *See Murphy* at 79 (D.D.C. 2010) (noting that family members of both deceased and surviving service members qualify for solatium damages under the FSIA).

**D.**    **Punitive Damages**

**7.7**    Following a 2008 amendment to the FSIA, 28 U.S.C. § 1605A(c) specifically authorizes a claim for punitive damages arising from state-sponsored acts of terrorism. *See Opati v. Republic of Sudan,* 140 S. Ct. 1601, 1606 (2020). In *Opati,* the United States Supreme Court held that the FSIA expressly authorized terrorist victims to recover punitive damages for past conduct. *Id.* at 1608–09. In other words, the FSIA applies retroactively. *Id.*

**7.8**    The planning and execution of the USS Cole attack by Osama Bin Laden and Al-Qaeda was malicious, willful, unlawful, reckless, and done so in wanton disregard for life and the standards of law that govern the actions of civilized nations. However, Defendant Iran's provision of material support to Al-Qaeda and Bin-Laden is equally heinous. *See Flanagan,* 87 F. Supp. 3d at 119. Additionally, by supporting Bin Laden and Al-Qaeda, Iran clearly intended to further their own Anti-American agenda*. See id.*

**7.9**    In FSIA actions, this Court has also acknowledged the significant need to impose punitive damages to defer liable defendants from committing future acts of terrorism. *See, e.g*., *id*. at 122 ("Were this Court not to impose punitive damages for what was a spectacular terrorist act, this would be read by Iranian government officials as indicating a significant weakening of U.S. pressure on Iran to end its support for terrorism against Americans."). Iran remains the most significant threat to U.S. service members stationed in the Middle East. *See* U.S. DEPT. OF STATE, OUTLAW REGIME: A CHRONICLE OF IRAN'S DESTRUCTIVE ACTIVITIES (Sep. 17, 2020) at 13, https://www.state.gov/wp-content/uploads/2020/09/Outlaw-Regime-2020-A-Chronicle-of-Irans-Destabilizing-Activity.pdf (concluding that "Iran's support for Shia militants in Iraq remains the primary threat to US personnel there."). Lastly, Iran's tremendous wealth supports an award for punitive damages. Specifically, the Heritage Foundation estimated

Iran's 2020 GDP at $**1.5 trillion.** *See* https://www.heritage.org/index/country/iran (last visited March 18, 2021) (emphasis added).

**7.10**    For these reasons, Plaintiffs are entitled to recover punitive damages from Defendant Iran under 28 U.S.C. § 1605A(c). *See Flanagan,* 87 F. Supp. 3d at 118–122; *Gunn v. Islamic Republic of Iran*, 2024 WL 3566173 at \*36 (D.D.C. 2024).

# VIII.
## DAMAGES & PRAYER FOR RELIEF

**8.1**    **WHEREFORE**, Plaintiffs request that this Court grant judgment in their favor against Defendant Iran, and grant the following —

**A.**    **The Surviving Family-Plaintiffs**

**8.2**    The Ten (10) Surviving Family-Plaintiffs[7] in this Complaint seek these damages and other relief against Iran as a result of their tragic loss:

 a.  Solatium damages for the mental anguish, bereavement, grief, and loss of society and comfort consistent with the framework for awarding such damages for family members of deceased terrorist victims in previous FSIA cases, including any upward departure the Court's deems appropriate for aggravating circumstances[8];

 b.  Punitive damages against Defendant in an amount consistent with the 3.44 to 1 ratio used by this Court in previous FSIA cases;[9]

---

[7] *See supra* pp. 15-18 (description of U.S. Navy sailors who died as a result of the attack on the USS Cole and resulting damages to members of their immediate family).

[8] *See Valore v. Islamic Republic of Iran*, 700 F.Supp 2d 52, 86 (D.D.C. 2010); *Opati v. Republic of Sudan,* 60 F. Supp. 3d 68, 79 (D.D.C. 2014) (noting that the standard solatium award for family members of deceased terrorism victims is $8 million to spouses, $5 million to parents and children, and $2.5 million to siblings); *see also Greenbaum v. Islamic Republic of Iran*, 451 F. Supp. 2d 90, 108 (departing upward from $8 million to $9 million in a widower's solatium award).

[9] *See, e.g.*, *Murphy v. Islamic Republic of Iran*, 740 F. Supp. 2d 51, 82 (D.D.C. 2010) (holding that for every dollar of compensatory damages awarded, the appropriate amount to punish and deter Iran from supporting terrorism was $3.44).

    **c.**   Pre- and post-judgment interest[10];

    **d.**   Reasonable cost and expenses;

    **e.**   Reasonable attorney's fees; and

    **f.**   Such other and further relief that the Court may determine to be just and equitable under the circumstances.

**B.**    **The Navy-Plaintiffs and Immediate Family-Plaintiffs.**

    **8.3**   The Navy-Plaintiffs and Immediate Family-Plaintiffs seek the following damages and other relief against Iran:

    **a.**   For the Fifty-nine (59) Navy-Plaintiffs[11] aboard the USS Cole during the attack – Loss of earning capacity in the past and future;

    **b.**   For the Fifty-nine (59) Navy-Plaintiffs[12] aboard the USS Cole during the attack – Damages for pain and suffering consistent with the framework for assessing such damages developed by this Court in previous FSIA cases, including any upward departures the Court deems appropriate;[13]

    **c.**   For the Three Hundred and Three (303) Immediate Family-Plaintiffs[14] – Solatium damages for the mental anguish, bereavement, grief, and loss of society and comfort consistent with the framework for awarding such damages for family members of surviving terrorist victims in previous FSIA cases,

---

[10]*See, e.g.*, *Certain Underwriters at Lloyd's London v. Great Socialist People's Libyan Arab Jamahiriya,* 811 F. Supp. 2d 53, 75–76 (D.D.C. 2011) (awarding pre-judgment interest against Syria from the date of attack until final judgment under the FSIA); *Flanagan.*at 127 n.39; 28 U.S.C. § 1961(a) (post-judgment interest shall be calculated at a rate equal to the weekly average 1-year constant Treasury yield, as published by the Board of Governors of the Federal Reserve system, for the calendar week preceding the Judgment).

[11] *See supra* pp. 19-113 (descriptions of former U.S. Navy sailors injured on the USS Cole and their resulting damages).

[12] *Id.*

[13] *See Opati,* 60 F. Supp.3d at 77 ("courts in this district have developed a general framework for assessing pain-and-suffering damages for victims of terrorist attacks…"); *see also Peterson v. Islamic Republic of Iran*, 515 F. Supp. 2d 25, 54 (D.D.C. 2007) (departing upward from a $5 million baseline in more severe instances of physical and psychological pain).

[14] *See supra* pp. 19-113 (descriptions of immediate family members of former U.S. Navy sailors injured on the USS Cole and their resulting damages).

including any upward departure the Court's deems appropriate for aggravating circumstances;[15]

   **d.**  Punitive damages against Defendant in an amount consistent with the 3.44 to 1 ratio used by this Court in previous FSIA cases;[16]

   **e.**  Pre- and post-judgment Interest;[17]

   **f.**  Reasonable cost and expenses;

   **g.**  Reasonable attorney's fees; and

   **h.**  Such other and further relief that the Court may determine to be just and equitable under the circumstances.

Dated:  June 9, 2025                       Respectfully submitted,

/s/ Craig W. Carlson
**Craig W. Carlson** (D.C. Bar No. TX0182)
**Langdon Southworth** (D.C. Bar No. TX0094)
**THE CARLSON LAW FIRM, P.C.**
100 East Central Expressway
Killeen, TX 76541
Telephone: (254) 526-5688
Facsimile: (254) 526-8204
ccarlson@carlsonattorneys.com
lsouthworth@carlsonattorneys.com
**Attorney for Plaintiffs**

---

[15] *See Opati,* 60 F.Supp.3d at 79; *Murphy,* 740 F. Supp. 2d at 79 (noting that the standard solatium award for family members of injured terrorism victims is $4 million to spouses, $2.5 million to parents, $2.5 million to children, and $1.25 million to siblings).

[16] *See Murphy,* 740 F. Supp. 2d at 82.

[17] *See supra* note 10.